# EXHIBIT 1

**Ex. 1 – U.S. 10,944,400 B2**

## Exhibit 1 – U.S. Patent No. 10,944,400 ("'400 Patent")

The **'400 Accused Products** include but are not limited to the following NXP product families, including their respective variants.

The analyses provided herein are exemplary and non-exhaustive. Plaintiff's infringement theories are not limited to the particular standards, figures, or examples identified, and Plaintiff reserves the right to rely on additional specifications, product documentation, testing, reverse engineering, and discovery to further demonstrate infringement of the above-listed products or additional NXP products.

| '400 Accused Products | | | | | |
|---|---|---|---|---|---|
| **DDR3 Accused Products** | | | | | |
| B4420 | i.MX 6ULZ | LS1022A | MSC8252 | P4040 | T1024 |
| B4860 | i.MX 7 | LS1023A | MSC8254 | P4080/81 | T1040 |
| BSC9131 | i.MX 7Dual | LS1024A | MSC8256 | P5010 | T1042 |
| BSC9132 | i.MX 7Solo | LS1028A | P1010 | P5020 | T2080 |
| C29x (291, 292, 293) | i.MX 8M | LS1043A | P1012 | P5021 | T2081 |
| i.MX 53x (4/5/6/7) | i.MX 8M Dual | MPC8535E | P1014 | P5040 | T4080 |
| i.MX 6Dual | i.MX 8M Mini | MPC8536E | P1015 | S32G2 | T4081 |
| i.MX 6DualLite | i.MX 8M MiniLite | MPC8569E | P1020/11 | S32G3 | T4160 |
| i.MX 6DualPlus | i.MX 8M Nano | MPC8572 | P1021 | S32R43 | T4161 |
| i.MX 6Quad | i.MX 8M Quad | MSC8151 | P1022/13 | S32R45 | T4240 |
| i.MX 6QuadPlus | i.MX 8M QuadLite | MSC8152 | P1024 | S32V | T4241 |
| i.MX 6Solo | i.MX 8X | MSC8154 | P1025/16 | T1013 | VF3xx Family |
| i.MX 6SoloLite | i.MX 8XLite | MSC8154E | P2020/10 | T1014 | VF5xx Family |
| i.MX 6SoloX | LS1012A | MSC8156 | P2040 | T1020 | VF6xx Family |
| i.MX 6ULL | LS1020A | MSC8156E | P2041 | T1022 | |
| i.MX 6UltraLite | LS1021A | MSC8251 | P3041 | T1023 | |
| **DDR3L Accused Products** | | | | | |
| B4420 | i.MX 6SoloLite | i.MX 8M MiniLite | LS1043A | S32R43 | T2080 |
| B4860 | i.MX 6SoloX | i.MX 8M Nano | LS1012A | S32R45 | T2081 |
| BSC9131 | i.MX 6ULL | i.MX 8M Quad | P1010 | S32V | T4080 |
| BSC9132 | i.MX 6UltraLite | i.MX 8M QuadLite | P1014 | T1013 | T4081 |
| C29x (291, 292, 293) | i.MX 6ULZ | i.MX 8X | P2040 | T1014 | T4160 |

**Ex. 1 – U.S. 10,944,400 B2**

| | | | | | |
|---|---|---|---|---|---|
| i.MX 6Dual | i.MX 7 | i.MX 8XLite | P2041 | T1020 | T4161 |
| i.MX 6DualLite | i.MX 7Dual | LS1020A | P3041 | T1022 | T4240 |
| i.MX 6DualPlus | i.MX 7Solo | LS1021A | P5021 | T1023 | T4241 |
| i.MX 6Quad | i.MX 8M | LS1022A | P5040 | T1024 | |
| i.MX 6QuadPlus | i.MX 8M Dual | LS1023A | S32G2 | T1040 | |
| i.MX 6Solo | i.MX 8M Mini | LS1028A | S32G3 | T1042 | |
| **DDR4 Accused Products** | | | | | |
| i.MX 8 | i.MX 8M Quad | LS1023A | LS2044A | LX2082A | T1020 |
| i.MX 8M | i.MX 8M QuadLite | LS1026A | LS2045A | LX2120A | T1022 |
| i.MX 8M Dual | i.MX 8Quad | LS1028A | LS2048A | LX2122A | T1023 |
| i.MX 8M Mini | LA1575 | LS1043A | LS2084A | LX2160A | T1024 |
| i.MX 8M MiniLite | LS1020A | LS1046A | LS2085A | LX2162A | T1040 |
| i.MX 8M Nano | LS1021A | LS1048A | LS2088A | T1013 | T1042 |
| i.MX 8M Plus | LS1022A | LS1088A | LX2080A | T1014 | |
| **LPDDR5/5X Accused Products** | | | | | |
| i.MX 94/943 | i.MX 95 | i.MX 952 | S32N55 | S32N7 | S32R47 |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| 1[pre] An integrated circuit device comprising: | To the extent the preamble is limiting, the **'400 Accused Products** each comprise an integrated circuit device.<br><br>*See, e.g.,* evidence and analysis for claim limitations 1a-1b below; https://www.nxp.com/products/processors-and-microcontrollers. |
| [1a(1)] a first signaling interface to be coupled to a dynamic random access memory component (DRAM), | The **'400 Accused Products** each include a first signaling interface to be coupled to a dynamic random access memory component (DRAM).<br><br>The **'400 Accused Products** each include an external memory interface including a first interface, which may, for example, include circuitry on the integrated circuit device that handles command, address, and/or data signaling with the DRAM. For example, the NXP **i.MX Applications Processors** families of products include an external memory interface to communicate with Double Data Rate (DDR) memory. *See, e.g.*, https://www.nxp.com/products/processors-and-microcontrollers/arm-processors/i-mx-applications-processors.<br><br>*See, e.g.*, https://www.nxp.com/docs/en/fact-sheet/IMXMEMORYFS.pdf: |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | When evaluating DDR options, whether prioritizing system performance and power efficiency or focusing on reliability criteria such as long lifecycle support, stability and cost-effectiveness, or finding a balanced combination of both these factors, the i.MX Applications processors offer the DRAM interface flexibility required to meet these needs. |

When evaluating DDR options, whether prioritizing system performance and power efficiency or focusing on reliability criteria such as long lifecycle support, stability and cost-effectiveness, or finding a balanced combination of both these factors, the i.MX Applications processors offer the DRAM interface flexibility required to meet these needs.

With scalable architectures and support for DRAM interfaces ranging from LPDDR2/3, DDR3L, DDR4,LPDDR4/4x to LPDDR5, each new generation the i.MX Series has evolved the memory subsystem to balance performance and power efficiency for their targeted end applications, while remaining scalable to support both legacy and latest generation DRAM technologies. This adaptability for stable legacy memory options while evolving to support the new latest DRAM standards enables customers to design systems that leverage the most appropriate memory solutions.

**DRAM interface support across i.MX series**

The following table details the DRAM interfaces supported across the i.MX 6, 7, 8, and 9 series of application processors.

| i.MX Series/Family | LPDDR2 | LPDDR3 | DDR3L | DDR4 | LPDDR4 | LPDDR4x | LPDDR5 |
|---|---|---|---|---|---|---|---|
| i.MX 6 | ✓ | ✓ * | ✓ | | | | |
| i.MX 7Solo/Dual/ULP | ✓ | ✓ * | ✓ * | | | | |
| i.MX 8M Quad/Mini/Nano | | | ✓ | ✓ | ✓ | | |
| i.MX 8M Plus | | | | ✓ | ✓ | | |
| i.MX 8 | | | | | ✓ | | |
| i.MX 8X/8XLite | | | ✓ | | ✓ | | |
| i.MX 8ULP | | ✓ | | | ✓ | ✓ | |
| i.MX 91 | | | | | ✓ | | |
| i.MX 93 | | | | | ✓ | ✓ | |
| i.MX 943 | | | | | ✓ | | ✓ |
| i.MX 95 | | | | | | ✓ | ✓ |
| i.MX 952 | | | | | | ✓ | ✓ |

*Interface supported on only select devices within the i.MX Series/Family

**Table 1:** i.MX applications processor DRAM interface support

5

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | For example, the NXP **i.MX 94** family of products includes a memory interface to communicate with **LPDDR5** DRAM memory:<br><br><br><br>*See,* https://www.nxp.com/products/i.MX94;<br><br>**Rich set of high-speed and memory interfaces**<br><br>The i.MX 94 processors offer advanced high-speed interfaces such as PCIe3, 2.5Gbps Ethernet switch, USB 3.0 to support high bandwidth applications. The memory interfaces supported are 32-bit LPDDR4/ LPDDR5 (Inline ECC), SDIO for eMMC 5.1 and SD card and octal SPI for flash devices. |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | *See,* https://www.nxp.com/docs/en/fact-sheet/iMX94FAMFS.pdf (Page 3).<br><br>By further example, the **i.MX 8M** family of products includes a Memory Controller supporting **DDR3L** and **DDR4** memory:<br><br>**1  i.MX 8M Dual / 8M QuadLite / 8M Quad introduction**<br><br>The i.MX 8M Dual / 8M QuadLite / 8M Quad processors represent NXP's latest market of connected streaming audio/video devices, scanning/imaging devices, and various devices requiring high-performance, low-power processors.<br><br>The i.MX 8M Dual / 8M QuadLite / 8M Quad processors feature advanced implementation of a quad Arm® Cortex®-A53 core, which operates at speeds of up to 1.5 GHz. A general purpose Cortex®-M4 core processor is for low-power processing. The DRAM controller supports 32-bit/16-bit LPDDR4, DDR4, and DDR3L memory. There are a number of other interfaces for connecting peripherals, such as WLAN, Bluetooth, GPS, displays, and camera sensors. The i.MX 8M Quad and<br><br>*See,* https://www.nxp.com/docs/en/data-sheet/IMX8MDQLQCEC.pdf (Page 1); |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | <br><br>*See,* https://www.nxp.com/docs/en/data-sheet/IMX8MDQLQCEC.pdf (Page 5).<br><br>By further example, the **i.MX 6ULL** family of products includes an External Memory interface to communicate with **DDR3L** and **DDR3** memory: |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | <br><br>*See,* https://www.nxp.com/products/i.MX6ULL; https://www.nxp.com/docs/en/data-sheet/IMX6ULLIEC.pdf (Page 1).<br><br>Thus, the **'400 Accused Products** include a first signaling interface to be coupled to a dynamic random access memory component (DRAM). |
| [1a(2)] the DRAM having a first register to store a first control value and a second register to store a second control value; and | The first signaling interface of each of the **'400 Accused Products** is coupled to DRAM having a first register to store a first control value and a second register to store a second control value.<br><br>Each Double Data Rate memory type (e.g., LPDDR4) is defined by standard specifications developed and governed by the **Joint Electron Device Engineering Council ("JEDEC") Solid State Technology Association**. *See, e.g.,* https://www.jedec.org/about-jedec. |

9

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | The **'400 Accused Products** are designed to be compatible with a JEDEC-compliant SDRAM memory of the DDR type(s) supported by each Accused Product.<br><br>For example, the datasheet for the **i.MX 8M** family of products states that they are "designed to be compatible with JEDEC-compliant SDRAMs."<br><br>**3.5.2     DDR I/O DC electrical characteristics**<br><br>The DDR I/O pads support LPDDR 4, DDR4, and DDR3L operational modes. The DDR Memory Controller (DDRMC) is designed to be compatible with JEDEC-compliant SDRAMs.<br><br>*See,* https://www.nxp.com/docs/en/data-sheet/IMX8MDQLQCEC.pdf (Page 33).<br><br>By further example, the datasheet for the **i.MX 7Dual** family of products states that it is "**DDR3 SDRAM compliant to JESD79-3E DDR3** JEDEC standard":<br><br>**4.5.2     DDR I/O DC electrical characteristics**<br><br>The DDR I/O pads support DDR3/DDR3L, LPDDR2, and LPDDR3 operational modes. The DDR Memory Controller (DDRMC) is designed to be compatible with JEDEC-compliant SDRAMs. The DDRC supports the following memory types:<br>• DDR3 SDRAM compliant to JESD79-3E DDR3 JEDEC standard release July, 2010<br>• LPDDR2 SDRAM compliant to JESD209-2B LPDDR2 JEDEC standard release June, 2009<br>• LPDDR3 SDRAM compliant to JESD209-3B LPDDR3 JEDEC standard release August, 2013<br><br>*See,* https://www.nxp.com/docs/en/data-sheet/IMX7DCEC.pdf (Page 44).<br><br>By further example, the **S32V** family of products states that the "**DDR3** and **DDR3L** timing parameters are compliant with **JESD79-3F** and **JESD79-3-1A.01** specifications respectively." |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | **Memory interfaces**<br><br>**NOTE**<br>DDR3 and DDR3L timing parameters are compliant with JESD79-3F and JESD79-3-1A.01 specifications respectively.<br><br>**Table 29.   DDR3 and DDR3L timing parameter**<br><br>*See,* https://www.nxp.com/docs/en/data-sheet/S32V234.pdf (Page 33).<br><br>**DDR3 ACCUSED PRODUCTS**<br><br>The first signaling interface of each of the **DDR3 Accused Products** is coupled to DRAM having a first register to store a first control value and a second register to store a second control value.<br><br>The **DDR3 Accused Products** are designed to be compatible with a JEDEC-compliant **DDR3** SDRAM memory. *Supra.*<br><br>The **DDR3** standard is defined by JEDEC **JESD79-3F.** *See, e.g.* https://www.jedec.org/standards-documents/docs/jesd-79-3d. |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | **JEDEC STANDARD**<br><br>DDR3 SDRAM Standard<br><br>JESD79-3F<br>(Revision of JESD79-3E, July 2010)<br><br>JULY 2012<br><br>JEDEC SOLID STATE TECHNOLOGY ASSOCIATION<br><br>*JEDEC*<br><br>Section 3.4 of **JESD79-3F** describes four programmable Mode Registers to store different control values. |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 79-3F<br>Page 22<br><br>**3 Functional Description (Cont'd)**<br><br>**3.4     Register Definition**<br><br>**3.4.1     Programming the Mode Registers**<br><br>For application flexibility, various functions, features, and modes are programmable in four Mode Registers, provided by the DDR3 SDRAM, as user defined variables and they must be programmed via a Mode Register Set (MRS) command. As the default values of the Mode Registers (MR#) are not defined, contents of Mode Registers must be fully initialized and/or re-initialized, i.e., written, after power up and/or reset for proper operation. Also the contents of the Mode Registers can be altered by re-executing the MRS command during normal operation. When programming the mode registers, even if the user chooses to modify only a sub-set of the MRS fields, all address fields within the accessed mode register must be redefined when the MRS command is issued. MRS command and DLL Reset do not affect array contents, which means these commands can be executed any time after power-up without affecting the array contents.<br><br>The mode register set command cycle time, tMRD is required to complete the write operation to the mode register and is the minimum time required between two MRS commands shown in Figure 7 .<br><br><br><br>*See,* https://www.jedec.org/standards-documents/docs/jesd-79-3d (page 22).<br><br>Mode Register 1 (MR1) stores a second control value (e.g., Rtt_Nom) and Mode Register 2 (MR2) stores a first control value (e.g., Rtt_WR): |

13

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 79-3F<br>Page 28<br><br>**3.4 Register Definition (Cont'd)**<br>**3.4.3 Mode Register MR1 (Cont'd)**<br><br>MR1 (A0 = 0), the DLL is automatically disabled when entering Self-Refresh operation and is automatically re-enabled upon exit of Self-Refresh operation. Any time the DLL is enabled and subsequently reset, tDLLK clock cycles must occur before a Read or synchronous ODT command can be issued to allow time for the internal clock to be synchronized with the external clock. Failing to wait for synchronization to occur may result in a violation of the tDQSCK, tAON or tAOF parameters. During tDLLK, CKE must continuously be registered high. DDR3 SDRAM does not require DLL for any Write operation, except when RTT_WR is enabled and the DLL is required for proper ODT operation. For more detailed information on DLL Disable operation refer to "DLL-off Mode" on page 37.<br><br>The direct ODT feature is not supported during DLL-off mode. The on-die termination resistors must be disabled by continuously registering the ODT pin low and/or by programming the RTT_Nom bits MR1{A9,A6,A2} to {0,0,0} via a mode register set command during DLL-off mode.<br><br>The dynamic ODT feature is not supported at DLL-off mode. User must use MRS command to set Rtt_WR, MR2 {A10, A9} = {0,0}, to disable Dynamic ODT externally.<br><br>**3.4.3.2 Output Driver Impedance Control**<br><br>The output driver impedance of the DDR3 SDRAM device is selected by MR1 (bits A1 and A5) as shown in Figure 10.<br><br>**3.4.3.3 ODT Rtt Values**<br><br>DDR3 SDRAM is capable of providing two different termination values (Rtt_Nom and Rtt_WR) The nominal termination value Rtt_Nom is programmed in MR1. A separate value (Rtt_WR) may be programmed in MR2 to enable a unique RTT value when ODT is enabled during writes. The Rtt_WR value can be applied during writes even when Rtt_Nom is disabled.<br><br>*See*, e.g., Section 3.4.3 of **JESD79-3F** (page 28). |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | Thus, the first signaling interface of each of the **DDR3 Accused Products** is coupled to DRAM having a first register to store a first control value and a second register to store a second control value.<br><br>**DDR3L ACCUSED PRODUCTS**<br><br>The first signaling interface of each of the **DDR3L Accused Products** is coupled to DRAM having a first register to store a first control value and a second register to store a second control value.<br><br>The **DDR3L Accused Products** are designed to be compatible with a JEDEC-compliant **DDR3L** SDRAM memory. *Supra.*<br><br>The **DDR3L** standard is defined by JEDEC **JESD79-3F** (DDR3) and addendum **JESD79-3-1A.01**. *See, e.g.* https://www.jedec.org/standards-documents/docs/jesd79-3-1a01.<br><br> |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | **Addendum No. 1 to JESD79-3 - 1.35 V DDR3L-800, DDR3L-1066, DDR3L-1333, DDR3L-1600, and DDR3L-1866**<br><br>**JESD79-3-1A.01**<br><br>Published: May 2013<br><br>The JESD79-3 document defines DDR3L SDRAM, including features, functionalities, AC and DC characteristics, packages, and ball/signal assignments with the exception of what is stated within this standard. The purpose of this standard is to define the DDR3L specifications that supersede the DDR3 specifications as defined in JESD79-3. The use of DDR3-800, DDR3-1066, DDR3-1333, DDR3-1600, and DDR3L-1866 titles in JESD79-3 are to be interpreted as DDR3L-800, DDR3L-1066, DDR3L-1333, DDR3L-1600, and DDR3L-1866 respectively, when applying towards DDR3L definition; unless specifically stated otherwise.<br><br>*See,* https://www.jedec.org/standards-documents/docs/jesd79-3-1a01<br><br>Section 3.4 of **JESD79-3F** describes four programmable Mode Registers to store different control values. |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 79-3F<br>Page 22<br><br>**3 Functional Description (Cont'd)**<br><br>**3.4    Register Definition**<br><br>**3.4.1    Programming the Mode Registers**<br><br>For application flexibility, various functions, features, and modes are programmable in four Mode Registers, provided by the DDR3 SDRAM, as user defined variables and they must be programmed via a Mode Register Set (MRS) command. As the default values of the Mode Registers (MR#) are not defined, contents of Mode Registers must be fully initialized and/or re-initialized, i.e., written, after power up and/or reset for proper operation. Also the contents of the Mode Registers can be altered by re-executing the MRS command during normal operation. When programming the mode registers, even if the user chooses to modify only a sub-set of the MRS fields, all address fields within the accessed mode register must be redefined when the MRS command is issued. MRS command and DLL Reset do not affect array contents, which means these commands can be executed any time after power-up without affecting the array contents.<br><br>The mode register set command cycle time, tMRD is required to complete the write operation to the mode register and is the minimum time required between two MRS commands shown in Figure 7 .<br><br><br><br>*See,* https://www.jedec.org/standards-documents/docs/jesd-79-3d (page 22).<br><br>Mode Register 1 (MR1) stores a first control value (e.g., Rtt_Nom) and Mode Register 2 (MR2) stores a second control value (e.g., Rtt_WR): |

17

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 79-3F<br>Page 28<br><br>**3.4 Register Definition (Cont'd)**<br>**3.4.3 Mode Register MR1 (Cont'd)**<br><br>MR1 (A0 = 0), the DLL is automatically disabled when entering Self-Refresh operation and is automatically re-enabled upon exit of Self-Refresh operation. Any time the DLL is enabled and subsequently reset, tDLLK clock cycles must occur before a Read or synchronous ODT command can be issued to allow time for the internal clock to be synchronized with the external clock. Failing to wait for synchronization to occur may result in a violation of the tDQSCK, tAON or tAOF parameters. During tDLLK, CKE must continuously be registered high. DDR3 SDRAM does not require DLL for any Write operation, except when RTT_WR is enabled and the DLL is required for proper ODT operation. For more detailed information on DLL Disable operation refer to "DLL-off Mode" on page 37.<br><br>The direct ODT feature is not supported during DLL-off mode. The on-die termination resistors must be disabled by continuously registering the ODT pin low and/or by programming the RTT_Nom bits MR1{A9,A6,A2} to {0,0,0} via a mode register set command during DLL-off mode.<br><br>The dynamic ODT feature is not supported at DLL-off mode. User must use MRS command to set Rtt_WR, MR2 {A10, A9} = {0,0}, to disable Dynamic ODT externally.<br><br>**3.4.3.2 Output Driver Impedance Control**<br><br>The output driver impedance of the DDR3 SDRAM device is selected by MR1 (bits A1 and A5) as shown in Figure 10.<br><br>**3.4.3.3 ODT Rtt Values**<br><br>DDR3 SDRAM is capable of providing two different termination values (Rtt_Nom and Rtt_WR) The nominal termination value Rtt_Nom is programmed in MR1. A separate value (Rtt_WR) may be programmed in MR2 to enable a unique RTT value when ODT is enabled during writes. The Rtt_WR value can be applied during writes even when Rtt_Nom is disabled.<br><br>*See*, e.g., Section 3.4.3 of **JESD79-3F** (page 28). |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | Thus, the first signaling interface of each of the **DDR3L Accused Products** is coupled to DRAM having a first register to store a first control value and a second register to store a second control value.<br><br>**DDR4 ACCUSED PRODUCTS**<br><br>The first signaling interface of each of the **DDR4 Accused Products** is coupled to DRAM having a first register to store a first control value and a second register to store a second control value.<br><br>The **DDR4 Accused Products** are designed to be compatible with a JEDEC-compliant **DDR4** SDRAM memory. *Supra.*<br><br>The **DDR4** standard is defined by JEDEC **JESD79-4D.** *See, e.g.* https://www.jedec.org/standards-documents/docs/jesd79-4a. |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | **JEDEC STANDARD**<br><br>**DDR4 SDRAM**<br><br>**JESD79-4D**<br>(Revision of JESD79-4C, JANUARY 2020)<br><br>JULY 2021<br><br>JEDEC SOLID STATE TECHNOLOGY ASSOCIATION<br><br>*JEDEC*<br><br>Section 3.4 of **JESD79-4D** describes seven programmable Mode Registers to store different control values. |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 79-4D<br>Page 15<br><br>3.4     Register Definition<br><br>3.4.1   Programming the mode registers<br><br>For application flexibility, various functions, features, and modes are programmable in seven Mode Registers, provided by the DDR4 SDRAM, as user defined variables and they must be programmed via a Mode Register Set (MRS) command. The mode registers are divided into various fields depending on the functionality and/or modes. As not all the Mode Registers (MR#) have default values defined, contents of Mode Registers must be initialized and/or re-initialized, i.e., written, after power up and/or reset for proper operation. Also, the contents of the Mode Registers can be altered by re-executing the MRS command during normal operation. When programming the mode registers, even if the user chooses to modify only a sub-set of the MRS fields, all address fields within the accessed mode register must be redefined when the MRS command is issued. MRS command and DLL Reset do not affect array contents, which means these commands can be executed any time after power-up without affecting the array contents. MRS Commands can be issued only when DRAM is at idle state. The mode register set command cycle time, tMRD is required to complete the write operation to the mode register and is the minimum time required between two MRS commands shown in Figure 9.<br><br>*See,* https://www.jedec.org/standards-documents/docs/jesd79-4a (page 15).<br><br>Mode Register 2 (MR2) stores a first control value (e.g., Rtt_WR): |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 79-4D<br>Page 21<br><br>3.5   Mode Register (cont'd)<br>**MR2**<br><br>**Table 19 — Mode Register 2**<br><br>_(table reproduced below)_<br><br>See, https://www.jedec.org/standards-documents/docs/jesd79-4a (page 21). |

**Table 19 — Mode Register 2**

| Address | Operating Mode | Description |
|---|---|---|
| BG1 | RFU | 0 = must be programmed to 0 during MRS |
| BG0, BA1:BA0 | MR Select | 000 = MR0   100 = MR4<br>001 = MR1   101 = MR5<br>010 = MR2   110 = MR6<br>011 = MR3   111 = RCW[1] |
| A17 | RFU | 0 = must be programmed to 0 during MRS |
| A13 | RFU | 0 = must be programmed to 0 during MRS |
| A12 | Write CRC | 0 = Disable   1 = Enable |
| A11, A10:A9 | RTT_WR | (see Table 20) |
| A8, A2 | RFU | 0 = must be programmed to 0 during MRS |
| A7:A6 | Low Power Auto Self Refresh (LP ASR) | 00 = Manual Mode (Normal Operating Temperature Range)<br>01 = Manual Mode (Reduced Operating Temperature Range)<br>10 = Manual Mode (Extended Operating Temperature Range)<br>11 = ASR Mode (Auto Self Refresh) |
| A5:A3 | CAS Write Latency (CWL) | (see Table 21) |
| A1:A0 | RFU | 0 = must be programmed to 0 during MRS |

NOTE 1   Reserved for Register control word setting .DRAM ignores MR command with BG0,BA1;BA0=111 and doesn't respond. When RFU MR code setting is inputted, DRAM operation is not defined.

**Table 20 — RTT_WR**

| A11 | A10 | A9 | RTT_WR |
|---|---|---|---|
| 0 | 0 | 0 | Dynamic ODT Off |
| 0 | 0 | 1 | RZQ/2 |
| 0 | 1 | 0 | RZQ/1 |
| 0 | 1 | 1 | Hi-Z |
| 1 | 0 | 0 | RZQ/3 |
| 1 | 0 | 1 | Reserved |
| 1 | 1 | 0 | Reserved |
| 1 | 1 | 1 | Reserved |

_See_, https://www.jedec.org/standards-documents/docs/jesd79-4a (page 21).

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | Mode Register 5 (MR5) stores a second control value (e.g., Rtt_Park):<br><br>JEDEC Standard No. 79-4D<br>Page 26<br><br>3.5   Mode Register (cont'd)<br>**MR5**<br><br>**Table 28 — Mode Register 5**<br><br>_(see table below)_<br><br>NOTE 1   Reserved for Register control word setting .DRAM ignores MR command with BG0,BA1;BA0=111 and doesn't respond. When RFU MR code setting is inputted, DRAM operation is not defined.<br>NOTE 2   When RTT_NOM Disable is set in MR1, A5 of MR5 will be ignored.<br><br>**Table 29 — RTT_PARK**<br><br>_(see table below)_<br><br>_See_, https://www.jedec.org/standards-documents/docs/jesd79-4a (page 26). |

Table 28 — Mode Register 5

| Address | Operating Mode | Description |
|---|---|---|
| BG1 | RFU | 0 = must be programmed to 0 during MRS |
| BG0, BA1:BA0 | MR Select | 000 = MR0        100 = MR4<br>001 = MR1        101 = MR5<br>010 = MR2        110 = MR6<br>011 = MR3        111 = RCW[1] |
| A17 | RFU | 0 = must be programmed to 0 during MRS |
| A13 | RFU | 0 = must be programmed to 0 during MRS |
| A12 | Read DBI | 0 = Disable        1 = Enable |
| A11 | Write DBI | 0 = Disable        1 = Enable |
| A10 | Data Mask | 0 = Disable        1 = Enable |
| A9 | CA parity Persistent Error | 0 = Disable1 = Enable |
| A8:A6 | RTT_PARK | (see Table 29) |
| A5 | ODT input Buffer during Power Down mode | 0 = ODT input buffer is activated<br>1 = ODT input buffer is deactivated |
| A4 | C/A Parity Error Status | 0 = Clear        1 = Error |
| A3 | CRC Error Clear | 0 = Clear        1 = Error |
| A2:A0 | C/A Parity Latency Mode | (see Table 30) |

Table 29 — RTT_PARK

| A8 | A7 | A6 | RTT_PARK |
|---|---|---|---|
| 0 | 0 | 0 | RTT_PARK Disable |
| 0 | 0 | 1 | RZQ/4 |
| 0 | 1 | 0 | RZQ/2 |
| 0 | 1 | 1 | RZQ/6 |
| 1 | 0 | 0 | RZQ/1 |
| 1 | 0 | 1 | RZQ/5 |
| 1 | 1 | 0 | RZQ/3 |
| 1 | 1 | 1 | RZQ/7 |

23

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | Thus, the first signaling interface of each of the **DDR4 Accused Products** is coupled to DRAM having a first register to store a first control value and a second register to store a second control value.<br><br>**LPDDR5/5X ACCUSED PRODUCTS**<br><br>The first signaling interface of each of the **LPDDR5/5X Accused Products** is coupled to DRAM having a first register to store a first control value and a second register to store a second control value.<br><br>The **LPDDR5/5X Accused Products** are designed to be compatible with a JEDEC-compliant **LPDDR5/5X** SDRAM memory. *Supra*.<br><br>The **LPDDR5/5X** standard is defined by JEDEC **JESD209-5C**. *See, e.g.* https://www.jedec.org/standards-documents/docs/jesd209-5c. |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | **JEDEC STANDARD**<br><br>Low Power Double Data Rate (LPDDR) 5/5X<br><br>JESD209-5C<br>(Revision of JESD209-5B, June 2021)<br><br>June 2023<br><br>JEDEC SOLID STATE TECHNOLOGY ASSOCIATION<br><br>*JEDEC*®<br><br>Table 58 of Section 6.1 of **JESD209-5C** describes programmable Mode Registers to store different control values: |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | **6.1    Mode Register Assignment and Definition in LPDDR5 SDRAM**<br><br>Table 58 shows the mode registers for LPDDR5 SDRAM. Each register is denoted as "R" if it can be read but not written, "W" if it can be written but not read, and "R/W" if it can be read and written. A Mode Register Read command is used to read a mode register. A Mode register Write command is used to write a mode register. LPDDR5 device provides additional MRR capability to some write-only Mode Registers containing important memory system configuration and status info. Mode Registers 1, 3, 11, 16, 17, 37, and 40 can be read by issuing a Mode Register Read (MRR) command.<br><br>(see table below) |

**Table 58 — Mode Register Assignment in LPDDR5 SDRAM (MR8 OP[1:0]=00$_B$)[1,2,3,4,5]**

| MR# | MA[6:0] | Access | OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 00$_H$ | R | RFU | RFU | Unified NT-ODT Behavior | DMI Output Behavior Mode | Optimized Refresh Mode | Enhanced WCK Always On Mode | Latency Mode | NT-ODT DQ/RDQS Timing Separation |
| 1 | 01$_H$ | R/W | WL | WL | WL | WL | CK Mode | RFU | ARFM Support | RFU |
| | | | WL | WL | WL | WL | CK Mode | RFU | ARFM Support | RFU |
| | | | WL | WL | WL | WL | CK Mode | RFU | ARFM Support | RFU |
| 2 | 02$_H$ | W | nWR | nWR | nWR | nWR | RL and nRBTP | RL and nRBTP | RL and nRBTP | RL and nRBTP |
| | | | nWR | nWR | nWR | nWR | RL and nRBTP | RL and nRBTP | RL and nRBTP | RL and nRBTP |
| | | | nWR | nWR | nWR | nWR | RL and nRBTP | RL and nRBTP | RL and nRBTP | RL and nRBTP |
| 3 | 03$_H$ | R/W | DBI-WR | DBI-RD | WLS | BK/BG ORG | BK/BG ORG | PDDS | PDDS | PDDS |
| | | | DBI-WR | DBI-RD | WLS | BK/BG ORG | BK/BG ORG | PDDS | PDDS | PDDS |
| | | | DBI-WR | DBI-RD | WLS | BK/BG ORG | BK/BG ORG | PDDS | PDDS | PDDS |
| 4 | 04$_H$ | R | TUF | ZQ Initiator | ZQUF | Refresh Multiplier | Refresh Multiplier | Refresh Multiplier | Refresh Multiplier | Refresh Multiplier |
| 5 | 05$_H$ | R | LPDDR5 Manufacturer ID | | | | | | | |
| 6 | 06$_H$ | R | Revision ID-1 | | | | | | | |
| 7 | 07$_H$ | R | Revision ID-2 | | | | | | | |
| 8 | 08$_H$ | R | IO Width | IO Width | Density | Density | Density | Density | Type | Type |
| 9 | 09$_H$ | W | Vendor Specific Test Register | | | | | | | |
| 10 | 0A$_H$ | W | RDQS PST | RDQS PST | RDQS PRE | RDQS PRE | WCK PST | WCK PST | RFU | RPST Mode |
| | | | RDQS PST | RDQS PST | RDQS PRE | RDQS PRE | WCK PST | WCK PST | RFU | RPST Mode |
| | | | RDQS PST | RDQS PST | RDQS PRE | RDQS PRE | WCK PST | WCK PST | RFU | RPST Mode |
| 11 | 0B$_H$ | R/W | RFU | RFU | CA ODT | CA ODT | NT ODT | NT ODT | DQ ODT | DQ ODT |
| | | | RFU | RFU | CA ODT | CA ODT | NT ODT | NT ODT | DQ ODT | DQ ODT |
| | | | RFU | RFU | CA ODT | CA ODT | NT ODT | NT ODT | DQ ODT | DQ ODT |

*See,* https://www.jedec.org/standards-documents/docs/jesd209-5c (Page 125).

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | Mode Register 11 (MR11) stores a first control value (e.g., DQ ODT):<br><br>JEDEC Standard No. 209-5C<br>Page 144<br><br>**6.3.1  Mode Register Definition (cont'd)**<br><br>**Table 83 — MR11 Register Information (MA[7:0] = 0B$_H$)**<br><br>| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |<br>|---|---|---|---|---|---|---|---|<br>| CS ODT OP | | CA ODT | | NT-ODT Enable | | DQ ODT | |<br><br>**Table 84 — MR11 Definition**<br><br>| Function | Register Type | Operand | Data | Notes |<br>|---|---|---|---|---|<br>| DQ ODT (DQ Bus Receiver On-Die-Termination) | | OP[2:0] | 000$_B$: Disable (Default)<br>001$_B$: RZQ/1<br>010$_B$: RZQ/2<br>011$_B$: RZQ/3<br>100$_B$: RZQ/4<br>101$_B$: RZQ/5<br>110$_B$: RZQ/6<br>111$_B$: RFU | 1,2,3 |<br>| NT-ODT Enable (Non Target ODT Enable) | Read/ Write | OP[3] | 0$_B$: Non-Target ODT is disabled (Default)<br>1$_B$: Non-Target ODT is enabled | 2,3 |<br><br>*See*, Table 84 of Section 6.3.1 of **JESD209-5C** (page 144). |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | Mode Register 41 (MR41) stores a second control value (e.g., NT DQ ODT):<br><br>JEDEC Standard No. 209-5C<br>Page 173<br><br>**6.3.1 Mode Register Definition (cont'd)**<br><br>**Table 150 — MR41 Register Information (MA[6:0] = 29$_H$)**<br><br>See, Table 151 Section 6.3.1 of **JESD209-5C** (page 173). |

**Table 150 — MR41 Register Information (MA[6:0] = 29$_H$)**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| NT DQ ODT | | | PPRE | E-DVFSC ODT Option Support | DVFSC/E-DVFSC Support | | PDFEC |

**Table 151 — MR41 Definition**

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| Per-pin DFE Control (PDFEC) | Write-Only | OP[0] | 0$_B$: Per-pin DFE disable (default)<br>1$_B$: Per-pin DFE enable | 2,3,4 |
| DVFSC/E-DVFSC Support (DVFSC/Enhanced-DVFSC Support) | Read-Only | OP[2:1] | 00$_B$: Only DVFSC Mode supported<br>01$_B$: Only Enhanced DVFSC Mode supported<br>10$_B$: Both DVFSC and Enhanced DVFSC Mode supported<br>11$_B$: RFU | 5,6 |
| E-DVFSC ODT Option Support (Enhanced DVFSCODT Option Support) | Read-Only | OP[3] | 0$_B$: Enhanced DVFSC ODT option not supported<br>1$_B$: Enhanced DVFSC ODT option supported | 7 |
| PPRE | | OP[4] | 0$_B$: PPR Disable (default)<br>1$_B$: PPR Enable | |
| NT DQ ODT (Non-Target DQ Bus Receiver On-Die-Termination) | Write-Only | OP[7:5] | 000$_B$: Disable<br>001$_B$: RZQ/1<br>010$_B$: RZQ/2<br>011$_B$: RZQ/3 (default)<br>100$_B$: RZQ/4<br>101$_B$: RZQ/5<br>110$_B$: RZQ/6<br>111$_B$: RFU | 1,2,3 |

28

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | Thus, the first signaling interface of each of the **LPDDR5/5X Accused Products** is coupled to DRAM having a first register to store a first control value and a second register to store a second control value.<br><br>Thus, the first signaling interface of each of the **'400 Accused Products** is coupled to DRAM having a first register to store a first control value and a second register to store a second control value. |
| [1b(1)] control circuitry to transmit to the DRAM via the first signaling interface one or more commands that instruct the DRAM to: | The **'400 Accused Products** each include control circuitry to transmit to the DRAM via the first signaling interface one or more commands that instruct the DRAM.<br><br>**DDR3 ACCUSED PRODUCTS**<br><br>The **DDR3 Accused Products** are designed to be compatible with a JEDEC-compliant **DDR3** SDRAM memory. *Supra.*<br><br>The **DDR3 Accused Products** each include control circuitry to transmit to the DRAM via the first signaling interface one or more commands that instruct the DRAM.<br><br>For example, Section 3.4 of **JESD79-3F** describes Mode Register Set (MRS) commands which are used to set Mode Register values including MR2 and MR1. These MRS commands are transmitted by the Controller's control circuitry via the first signaling interface. |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 79-3F<br>Page 22<br><br>**3 Functional Description (Cont'd)**<br><br>**3.4    Register Definition**<br><br>**3.4.1    Programming the Mode Registers**<br><br>For application flexibility, various functions, features, and modes are programmable in four Mode Registers, provided by the DDR3 SDRAM, as user defined variables and they must be programmed via a Mode Register Set (MRS) command. As the default values of the Mode Registers (MR#) are not defined, contents of Mode Registers must be fully initialized and/or re-initialized, i.e., written, after power up and/or reset for proper operation. Also the contents of the Mode Registers can be altered by re-executing the MRS command during normal operation. When programming the mode registers, even if the user chooses to modify only a sub-set of the MRS fields, all address fields within the accessed mode register must be redefined when the MRS command is issued. MRS command and DLL Reset do not affect array contents, which means these commands can be executed any time after power-up without affecting the array contents.<br><br>The mode register set command cycle time, tMRD is required to complete the write operation to the mode register and is the minimum time required between two MRS commands shown in Figure 7 .<br><br><br><br>*See,* https://www.jedec.org/standards-documents/docs/jesd-79-3d (page 22).<br><br>Thus, the **DDR3 Accused Products** each include control circuitry to transmit to the DRAM via the first signaling interface one or more commands that instruct the DRAM. |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | **DDR3L ACCUSED PRODUCTS**<br><br>The **DDR3L Accused Products** are designed to be compatible with a JEDEC-compliant **DDR3L** SDRAM memory. *Supra.*<br><br>The **DDR3L Accused Products** each include control circuitry to transmit to the DRAM via the first signaling interface one or more commands that instruct the DRAM.<br><br>For example, Section 3.4 of **JESD79-3F** describes Mode Register Set (MRS) commands which are used to set Mode Register values including MR2 and MR1. These MRS commands are transmitted by the Controller's control circuitry via the first signaling interface. |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 79-3F<br>Page 22<br><br>**3 Functional Description (Cont'd)**<br><br>**3.4    Register Definition**<br>**3.4.1    Programming the Mode Registers**<br><br>For application flexibility, various functions, features, and modes are programmable in four Mode Registers, provided by the DDR3 SDRAM, as user defined variables and they must be programmed via a Mode Register Set (MRS) command. As the default values of the Mode Registers (MR#) are not defined, contents of Mode Registers must be fully initialized and/or re-initialized, i.e., written, after power up and/or reset for proper operation. Also the contents of the Mode Registers can be altered by re-executing the MRS command during normal operation. When programming the mode registers, even if the user chooses to modify only a sub-set of the MRS fields, all address fields within the accessed mode register must be redefined when the MRS command is issued. MRS command and DLL Reset do not affect array contents, which means these commands can be executed any time after power-up without affecting the array contents.<br><br>The mode register set command cycle time, tMRD is required to complete the write operation to the mode register and is the minimum time required between two MRS commands shown in Figure 7 .<br><br><br><br>*See,* https://www.jedec.org/standards-documents/docs/jesd-79-3d (page 22).<br><br>Thus, the **DDR3L Accused Products** each include control circuitry to transmit to the DRAM via the first signaling interface one or more commands that instruct the DRAM. |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | **DDR4 ACCUSED PRODUCTS**<br><br>The **DDR4 Accused Products** are designed to be compatible with a JEDEC-compliant **DDR4** SDRAM memory. *Supra.*<br><br>The **DDR4 Accused Products** each include control circuitry to transmit to the DRAM via the first signaling interface one or more commands that instruct the DRAM.<br><br>For example, Section 3.4 of **JESD79-4D** describes Mode Register Set (MRS) commands which are used to set Mode Register values including MR5 and MR2. These MRS commands are transmitted by the Controller's control circuitry via the first signaling interface. |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 79-4D<br>Page 15<br><br>3.4    Register Definition<br><br>3.4.1    Programming the mode registers<br><br>For application flexibility, various functions, features, and modes are programmable in seven Mode Registers, provided by the DDR4 SDRAM, as user defined variables and they must be programmed via a Mode Register Set (MRS) command. The mode registers are divided into various fields depending on the functionality and/or modes. As not all the Mode Registers (MR#) have default values defined, contents of Mode Registers must be initialized and/or re-initialized, i.e., written, after power up and/or reset for proper operation. Also, the contents of the Mode Registers can be altered by re-executing the MRS command during normal operation. When programming the mode registers, even if the user chooses to modify only a sub-set of the MRS fields, all address fields within the accessed mode register must be redefined when the MRS command is issued. MRS command and DLL Reset do not affect array contents, which means these commands can be executed any time after power-up without affecting the array contents. MRS Commands can be issued only when DRAM is at idle state. The mode register set command cycle time, tMRD is required to complete the write operation to the mode register and is the minimum time required between two MRS commands shown in Figure 9.<br><br><br><br>See, https://www.jedec.org/standards-documents/docs/jesd79-4a (page 15). |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---------|--------------------|
| | Thus, the **DDR4 Accused Products** each include control circuitry to transmit to the DRAM via the first signaling interface one or more commands that instruct the DRAM.<br><br>**LPDDR5/5X ACCUSED PRODUCTS**<br><br>The **LPDDR5/5X Accused Products** are designed to be compatible with a JEDEC-compliant **LPDDR5/5X** SDRAM memory. *Supra.*<br><br>The **LPDDR5/5X Accused Products** each include control circuitry to transmit to the DRAM via the first signaling interface one or more commands that instruct the DRAM.<br><br>For example, Section 7.6.2 of **JESD209-5C** describes a Mode Register Write (MRW) command which "is used to write configuration data to the mode registers" including MR41 and MR11. |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 209-5C<br>Page 344<br><br>**7.6.2   Mode Register Write**<br><br>The Mode Register Write (MRW) command is used to write configuration data to the mode registers. The MRW command is initiated by setting CS and CA[6:0] to valid levels as defined in Table 201. The mode register address and the data written to the mode registers is contained in CA[6:0]. The Mode Register Write command is composed of two commands, MRW-1 command and MRW-2 command. But, MRW-1 command must be followed by MRW-2 command consecutively. The MRW command period is defined by tMRW. The Mode Register Write command to read-only registers have no impact on the functionality of the device.<br><br><br><br>NOTE 1   Only DES command is allowed during tMRW and tMRD periods.<br><br>**Figure 199 — Mode Register Write Timing**<br><br>*See,* https://www.jedec.org/standards-documents/docs/jesd209-4b (page 165).<br><br>Thus, the **LPDDR5/5X Accused Products** each include control circuitry to transmit to the DRAM via the first signaling interface one or more commands that instruct the DRAM.<br><br>Thus, the **'400 Accused Products** each include control circuitry to transmit to the DRAM via the first signaling interface one or more commands that instruct the DRAM. |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| [1b(2)] store the first control value within the first register of the DRAM, the first control value specifying a first termination to be applied to a data interface of the DRAM during a write-data reception interval in which write data is received by the DRAM via the data interface; and | The control circuitry of each of the **'400 Accused Products** instructs the DRAM to store the first control value within the first register of the DRAM, the first control value specifying a first termination to be applied to a data interface of the DRAM during a write-data reception interval in which write data is received by the DRAM via the data interface.<br><br>**DDR3 ACCUSED PRODUCTS**<br><br>The **DDR3 Accused Products** are designed to be compatible with a JEDEC-compliant **DDR3** SDRAM memory. *Supra.*<br><br>The control circuitry of each of the **DDR3 Accused Products** instructs the DRAM to store the first control value within the first register of the DRAM, the first control value specifying a first termination to be applied to a data interface of the DRAM during a write-data reception interval in which write data is received by the DRAM via the data interface.<br><br>Mode Register 2 (MR2) stores the data for controlling On-Die Termination Resistance during a WRITE operation (Rtt_WR):<br><br>JEDEC Standard No. 79-3F<br>Page 30<br><br>**3 Functional Description (Cont'd)**<br>**3.4 Register Definition (Cont'd)**<br><br>**3.4.4 Mode Register MR2**<br><br>The Mode Register MR2 stores the data for controlling refresh related features, Rtt_WR impedance, and CAS write latency. The Mode Register 2 is written by asserting low on CS#, RAS#, CAS#, WE#, high on BA1 and low on BA0 and BA2, while controlling the states of address pins according to the table below. |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | <br><br>| A10 | A9 | Rtt_WR *2 |<br>|---|---|---|<br>| 0 | 0 | Dynamic ODT off (Write does not affect Rtt value) |<br>| 0 | 1 | RZQ/4 |<br>| 1 | 0 | RZQ/2 |<br>| 1 | 1 | Reserved |<br><br>*See*, Section 3.4.3 of **JESD79-3F** (page 30).<br><br>The Rtt_WR termination is applied to a data interface while write data is received by the DRAM:<br><br><br><br>NOTE: Example for BC4 (via MRS or OTF), AL = 0, CWL = 5. ODTH4 applies to first registering ODT high and to the registration of the Write command. In this example, ODTH4 would be satisfied if ODT went low at T8 (4 clocks after the Write command).<br><br>**Figure 79 — Dynamic ODT: Behavior with ODT being asserted before and after the wri**<br><br>*See, e.g.*, Figure 79 of **JESD79-3F** (page 96). |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | Thus, the control circuitry of each of the **DDR3 Accused Products** instructs the DRAM to store the first control value within the first register of the DRAM, the first control value specifying a first termination to be applied to a data interface of the DRAM during a write-data reception interval in which write data is received by the DRAM via the data interface.<br><br>**DDR3L ACCUSED PRODUCTS**<br><br>The **DDR3L Accused Products** are designed to be compatible with a JEDEC-compliant **DDR3L** SDRAM memory. *Supra.*<br><br>The control circuitry of each of the **DDR3L Accused Products** instructs the DRAM to store the first control value within the first register of the DRAM, the first control value specifying a first termination to be applied to a data interface of the DRAM during a write-data reception interval in which write data is received by the DRAM via the data interface.<br><br>Mode Register 2 (MR2) stores the data for controlling On-Die Termination Resistance during a WRITE operation (Rtt_WR):<br><br>JEDEC Standard No. 79-3F<br>Page 30<br><br>**3  Functional Description (Cont'd)**<br>**3.4  Register Definition (Cont'd)**<br><br>**3.4.4    Mode Register MR2**<br><br>The Mode Register MR2 stores the data for controlling refresh related features, Rtt_WR impedance, and CAS write latency. The Mode Register 2 is written by asserting low on CS#, RAS#, CAS#, WE#, high on BA1 and low on BA0 and BA2, while controlling the states of address pins according to the table below. |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | <table><tr><th>A10</th><th>A9</th><th>Rtt_WR [*2]</th></tr><tr><td>0</td><td>0</td><td>Dynamic ODT off (Write does not affect Rtt value)</td></tr><tr><td>0</td><td>1</td><td>RZQ/4</td></tr><tr><td>1</td><td>0</td><td>RZQ/2</td></tr><tr><td>1</td><td>1</td><td>Reserved</td></tr></table><br><br>*See*, Section 3.4.3 of **JESD79-3F** (page 30).<br><br>The Rtt_WR termination is applied to a data interface while write data is received by the DRAM:<br><br><br>NOTE: Example for BC4 (via MRS or OTF), AL = 0, CWL = 5. ODTH4 applies to first registering ODT high and to the registration of the Write command. In this example, ODTH4 would be satisfied if ODT went low at T8 (4 clocks after the Write command).<br><br>**Figure 79 — Dynamic ODT: Behavior with ODT being asserted before and after the wri**<br><br>*See, e.g.*, Figure 79 of **JESD79-3F** (page 96). |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | Thus, the control circuitry of each of the **DDR3L Accused Products** instructs the DRAM to store the first control value within the first register of the DRAM, the first control value specifying a first termination to be applied to a data interface of the DRAM during a write-data reception interval in which write data is received by the DRAM via the data interface.<br><br>**DDR4 ACCUSED PRODUCTS**<br><br>The **DDR4 Accused Products** are designed to be compatible with a JEDEC-compliant **DDR4** SDRAM memory. *Supra.*<br><br>The control circuitry of each of the **DDR4 Accused Products** instructs the DRAM to store the first control value within the first register of the DRAM, the first control value specifying a first termination to be applied to a data interface of the DRAM during a write-data reception interval in which write data is received by the DRAM via the data interface.<br><br>Mode Register 2 (MR2) stores the data for controlling On-Die Termination Resistance during a WRITE operation (Rtt_WR): |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 79-4D<br>Page 21<br><br>3.5 Mode Register (cont'd)<br>**MR2**<br><br>Table 19 — Mode Register 2<br><br>(table and notes below)<br><br>*See*, Table 19 of **JESD79-4D** (page 21).<br><br>The Rtt_WR termination is applied to a data interface while write data is received by the DRAM: |

**Table 19 — Mode Register 2**

| Address | Operating Mode | Description |
|---|---|---|
| BG1 | RFU | 0 = must be programmed to 0 during MRS |
| BG0, BA1:BA0 | MR Select | 000 = MR0    100 = MR4<br>001 = MR1    101 = MR5<br>010 = MR2    110 = MR6<br>011 = MR3    111 = RCW[1] |
| A17 | RFU | 0 = must be programmed to 0 during MRS |
| A13 | RFU | 0 = must be programmed to 0 during MRS |
| A12 | Write CRC | 0 = Disable          1 = Enable |
| A11, A10:A9 | RTT_WR | (see Table 20) |
| A8, A2 | RFU | 0 = must be programmed to 0 during MRS |
| A7:A6 | Low Power Auto Self Refresh (LP ASR) | 00 = Manual Mode (Normal Operating Temperature Range)<br>01 = Manual Mode (Reduced Operating Temperature Range)<br>10 = Manual Mode (Extended Operating Temperature Range)<br>11 = ASR Mode (Auto Self Refresh) |
| A5:A3 | CAS Write Latency (CWL) | (see Table 21) |
| A1:A0 | RFU | 0 = must be programmed to 0 during MRS |

NOTE 1   Reserved for Register control word setting .DRAM ignores MR command with BG0,BA1;BA0=111 and doesn't respond. When RFU MR code setting is inputted, DRAM operation is not defined.

**Table 20 — RTT_WR**

| A11 | A10 | A9 | RTT_WR |
|---|---|---|---|
| 0 | 0 | 0 | Dynamic ODT Off |
| 0 | 0 | 1 | RZQ/2 |
| 0 | 1 | 0 | RZQ/1 |
| 0 | 1 | 1 | Hi-Z |
| 1 | 0 | 0 | RZQ/3 |
| 1 | 0 | 1 | Reserved |
| 1 | 1 | 0 | Reserved |
| 1 | 1 | 1 | Reserved |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 79-4D<br>Page 175<br><br>5.3.2  ODT Timing Diagrams<br><br>Figures 195 and 196 provide example timing diagrams<br><br><br><br>ODTLcnw = WL-2 (1tCK preamble), WL-3 (2tCK preamble)<br>ODTLcwn = WL+2 (BC4), WL+4(BL8) w/o CRC or WL+5,5 (BC4, BL8 respectively) when CRC is enabled.<br><br>**Figure 195 — ODT timing (Dynamic ODT, 1tCK preamble, CL=14, CWL=11, BL=8, AL=0, CRC Disabled)**<br><br>*See*, e.g., Figure 195 of **JESD79-4D** (page 175). |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | Thus, the control circuitry of each of the **DDR4 Accused Products** instructs the DRAM to store the first control value within the first register of the DRAM, the first control value specifying a first termination to be applied to a data interface of the DRAM during a write-data reception interval in which write data is received by the DRAM via the data interface.<br><br>**LPDDR5/5X ACCUSED PRODUCTS**<br><br>The **LPDDR5/5X Accused Products** are designed to be compatible with a JEDEC-compliant **LPDDR5/5X** SDRAM memory. *Supra.*<br><br>The control circuitry of each of the **LPDDR5/5X Accused Products** instructs the DRAM to store the first control value within the first register of the DRAM, the first control value specifying a first termination to be applied to a data interface of the DRAM during a write-data reception interval in which write data is received by the DRAM via the data interface.<br><br>Mode Register 11 (MR11) stores the data for controlling On-Die Termination Resistance during a WRITE operation (DQ ODT): |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | JEDEC Standard No. 209-5C<br>Page 144<br><br>**6.3.1  Mode Register Definition (cont'd)**<br><br>**Table 83 — MR11 Register Information (MA[7:0] = 0B$_H$)**<br><br>See table below<br><br>**Table 84 — MR11 Definition**<br><br>See table below<br><br>*See*, e.g., Tables 83-84 of Section 6.3.1 of **JESD209-5C** (page 144). |

**Table 83 — MR11 Register Information (MA[7:0] = 0B$_H$)**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| CS ODT OP | CA ODT | | | NT-ODT Enable | DQ ODT | | |

**Table 84 — MR11 Definition**

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQ ODT<br>(DQ Bus Receiver On-Die-Termination) | Read/Write | OP[2:0] | 000$_B$: Disable (Default)<br>001$_B$: RZQ/1<br>010$_B$: RZQ/2<br>011$_B$: RZQ/3<br>100$_B$: RZQ/4<br>101$_B$: RZQ/5<br>110$_B$: RZQ/6<br>111$_B$: RFU | 1,2,3 |
| NT-ODT Enable<br>(Non Target ODT Enable) | Read/Write | OP[3] | 0$_B$: Non-Target ODT is disabled (Default)<br>1$_B$: Non-Target ODT is enabled | 2,3 |
| CA ODT<br>(CA Bus Receiver On-Die-Termination) | Read/Write | OP[6:4] | 000$_B$: Disable (Default)<br>001$_B$: RZQ/1<br>010$_B$: RZQ/2<br>011$_B$: RZQ/3<br>100$_B$: RZQ/4<br>101$_B$: RZQ/5<br>110$_B$: RZQ/6<br>111$_B$: RFU | 1,2,3 |
| CS ODT OP<br>(CS ODT behavior option) | Write-only | OP[7] | 0$_B$: Basic CS ODT behavior (default)<br>1$_B$: CS ODT behavior option | 2,3,4 |

45

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | The DQ ODT termination is applied to a data interface while write data is received by the DRAM:<br><br>JEDEC Standard No. 209-5C<br>Page 382<br><br>**7.6.5.3    Timing Diagram of Write Case**<br><br>In Non-target DRAM ODT enabled mode, ODT timings (ODTLon and ODTLoff) are referenced to WL after the write command and the ODT value in target rank can be updated within tODTon,max as shown in Figure 217. After write operation, target ODT value should be recovered to pre-defined Non-target DRAM ODT value within the tODToff,max.<br><br><br><br>NOTE 1    tWCK2CK is 0ps in this instance.<br>NOTE 2    ODTLon=WL-1, ODTLoff=WL+3<br>NOTE 3    In case of NT-ODT is applied for DMI.<br>NOTE 4    Write Link ECC is disabled.<br>**Figure 217 — ODT, NT ODT Timing for Write BG Mode: CKR (WCK vs. CK) = 4:1, BL=16**<br><br>*See*, e.g., Figure 217 of **JESD209-5C** (page 382).<br><br>Thus, the control circuitry of each of the **LPDDR5/5X Accused Products** instructs the DRAM to store the first control value within the first register of the DRAM, the first control value specifying |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | a first termination to be applied to a data interface of the DRAM during a write-data reception interval in which write data is received by the DRAM via the data interface.<br><br>Thus, the control circuitry of each of the **'400 Accused Products** instructs the DRAM to store the first control value within the first register of the DRAM, the first control value specifying a first termination to be applied to a data interface of the DRAM during a write-data reception interval in which write data is received by the DRAM via the data interface. |
| [1b(3)] store the second control value within the second register of the DRAM, the second control value specifying a second termination that is to be applied to the data interface after the write-data reception interval transpires. | The control circuitry of each of the **'400 Accused Products** instructs the DRAM to store the second control value within the second register of the DRAM, the second control value specifying a second termination that is to be applied to the data interface after the write-data reception interval transpires.<br><br>**DDR3 ACCUSED PRODUCTS**<br><br>The **DDR3 Accused Products** are designed to be compatible with a JEDEC-compliant **DDR3** SDRAM memory. *Supra.*<br><br>The control circuitry of each of the **DDR3 Accused Products** instructs the DRAM to store the second control value within the second register of the DRAM, the second control value specifying a second termination that is to be applied to the data interface after the write-data reception interval transpires.<br><br>Mode Register 1 stores the data for controlling On-Die Termination Resistance after a WRITE operation (Rtt_Nom): |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | JEDEC Standard No. 79-3F<br>Page 27<br><br>**3  Functional Description (Cont'd)**<br>**3.4  Register Definition (Cont'd)**<br><br>**3.4.3  Mode Register MR1**<br><br>The Mode Register MR1 stores the data for enabling or disabling the DLL, output driver strength, Rtt_Nom impedance, additive latency, Write leveling enable, TDQS enable and Qoff. The Mode Register 1 is written by asserting low on CS#, RAS#, CAS#, WE#, high on BA0 and low on BA1 and BA2, while controlling the states of address pins according to Figure 10.<br><br>| A9 | A6 | A2 | Rtt_Nom[3] |<br>|---|---|---|---|<br>| 0 | 0 | 0 | Rtt_Nom disabled |<br>| 0 | 0 | 1 | RZQ/4 |<br>| 0 | 1 | 0 | RZQ/2 |<br>| 0 | 1 | 1 | RZQ/6 |<br>| 1 | 0 | 0 | RZQ/12[4] |<br>| 1 | 0 | 1 | RZQ/8[4] |<br>| 1 | 1 | 0 | Reserved |<br>| 1 | 1 | 1 | Reserved |<br><br>*See*, Section 3.4.3 of **JESD79-3F** (page 27).<br><br>The Rtt_NOM termination is applied to a data interface after write data is received by the DRAM: |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | <br><br>**Figure 79 — Dynamic ODT: Behavior with ODT being asserted before and after the wri**<br><br>*See*, e.g., Figure 79 of **JESD79-3F** (page 96).<br><br>Thus, the control circuitry of each of the **DDR3 Accused Products** instructs the DRAM to store the second control value within the second register of the DRAM, the second control value specifying a second termination that is to be applied to the data interface after the write-data reception interval transpires.<br><br>**DDR3L ACCUSED PRODUCTS**<br><br>The **DDR3L Accused Products** are designed to be compatible with a JEDEC-compliant **DDR3L** SDRAM memory. *Supra.*<br><br>The control circuitry of each of the **DDR3L Accused Products** instructs the DRAM to store the second control value within the second register of the DRAM, the second control value specifying a second termination that is to be applied to the data interface after the write-data reception interval transpires. |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | Mode Register 1 stores the data for controlling On-Die Termination Resistance after a WRITE operation (Rtt_Nom): |

JEDEC Standard No. 79-3F<br>
Page 27

**3 Functional Description (Cont'd)**
**3.4 Register Definition (Cont'd)**

**3.4.3    Mode Register MR1**

The Mode Register MR1 stores the data for enabling or disabling the DLL, output driver strength, Rtt_Nom impedance, additive latency, Write leveling enable, TDQS enable and Qoff. The Mode Register 1 is written by asserting low on CS#, RAS#, CAS#, WE#, high on BA0 and low on BA1 and BA2, while controlling the states of address pins according to Figure 10.

| A9 | A6 | A2 | Rtt_Nom[3] |
|---|---|---|---|
| 0 | 0 | 0 | Rtt_Nom disabled |
| 0 | 0 | 1 | RZQ/4 |
| 0 | 1 | 0 | RZQ/2 |
| 0 | 1 | 1 | RZQ/6 |
| 1 | 0 | 0 | RZQ/12[4] |
| 1 | 0 | 1 | RZQ/8[4] |
| 1 | 1 | 0 | Reserved |
| 1 | 1 | 1 | Reserved |

*See*, Section 3.4.3 of **JESD79-3F** (page 27).

The Rtt_NOM termination is applied to a data interface after write data is received by the DRAM:

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  |  |

*See*, e.g., Figure 79 of **JESD79-3F** (page 96).

Thus, the control circuitry of each of the **DDR3L Accused Products** instructs the DRAM to store the second control value within the second register of the DRAM, the second control value specifying a second termination that is to be applied to the data interface after the write-data reception interval transpires.

**DDR4 ACCUSED PRODUCTS**

The **DDR4 Accused Products** are designed to be compatible with a JEDEC-compliant **DDR4** SDRAM memory. *Supra.*

The control circuitry of each of the **DDR4 Accused Products** instructs the DRAM to store the second control value within the second register of the DRAM, the second control value specifying a second termination that is to be applied to the data interface after the write-data reception interval transpires.

51

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | Mode Register 5 stores the data for controlling On-Die Termination Resistance after a WRITE operation (RTT_PARK):<br><br>JEDEC Standard No. 79-4D<br>Page 26<br><br>3.5   Mode Register (cont'd)<br>**MR5**<br><br>**Table 28 — Mode Register 5**<br><br>*(see table below)*<br><br>*See*, Tables 28-29 of **JESD79-4D** (page 26). |

**Table 28 — Mode Register 5**

| Address | Operating Mode | Description |
|---|---|---|
| BG1 | RFU | 0 = must be programmed to 0 during MRS |
| BG0, BA1:BA0 | MR Select | 000 = MR0    100 = MR4<br>001 = MR1    101 = MR5<br>010 = MR2    110 = MR6<br>011 = MR3    111 = RCW[1] |
| A17 | RFU | 0 = must be programmed to 0 during MRS |
| A13 | RFU | 0 = must be programmed to 0 during MRS |
| A12 | Read DBI | 0 = Disable    1 = Enable |
| A11 | Write DBI | 0 = Disable    1 = Enable |
| A10 | Data Mask | 0 = Disable    1 = Enable |
| A9 | CA parity Persistent Error | 0 = Disable  1 = Enable |
| A8:A6 | RTT_PARK | (see Table 29) |
| A5 | ODT Input Buffer during Power Down mode | 0 = ODT input buffer is activated<br>1 = ODT input buffer is deactivated |
| A4 | C/A Parity Error Status | 0 = Clear    1 = Error |
| A3 | CRC Error Clear | 0 = Clear    1 = Error |
| A2:A0 | C/A Parity Latency Mode | (see Table 30) |

NOTE 1   Reserved for Register control word setting .DRAM ignores MR command with BG0,BA1;BA0=111 and doesn't respond. When RFU MR code setting is inputted, DRAM operation is not defined.
NOTE 2   When RTT_NOM Disable is set in MR1, A5 of MR5 will be ignored.

**Table 29 —  RTT_PARK**

| A8 | A7 | A6 | RTT_PARK |
|---|---|---|---|
| 0 | 0 | 0 | RTT_PARK Disable |
| 0 | 0 | 1 | RZQ/4 |
| 0 | 1 | 0 | RZQ/2 |
| 0 | 1 | 1 | RZQ/6 |
| 1 | 0 | 0 | RZQ/1 |
| 1 | 0 | 1 | RZQ/5 |
| 1 | 1 | 0 | RZQ/3 |
| 1 | 1 | 1 | RZQ/7 |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | The RTT_PARK termination is applied to a data interface while write data is received by the DRAM:<br><br><br><br>*See*, e.g., Figure 195 of **JESD79-4D** (page 175). |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | Thus, the control circuitry of each of the **DDR4 Accused Products** instructs the DRAM to store the second control value within the second register of the DRAM, the second control value specifying a second termination that is to be applied to the data interface after the write-data reception interval transpires.<br><br>**LPDDR5/5X ACCUSED PRODUCTS**<br><br>The **LPDDR5/5X Accused Products** are designed to be compatible with a JEDEC-compliant **LPDDR5/5X** SDRAM memory. *Supra.*<br><br>The control circuitry of each of the **LPDDR5/5X Accused Products** instructs the DRAM to store the second control value within the second register of the DRAM, the second control value specifying a second termination that is to be applied to the data interface after the write-data reception interval transpires.<br><br>Mode Register 41 stores the data for controlling On-Die Termination Resistance after a WRITE operation (DQ ODT): |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 209-5C<br>Page 173 <br>**6.3.1  Mode Register Definition (cont'd)**<br><br>Table 150 — MR41 Register Information (MA[6:0] = 29$_H$)<br><br>Table 151 — MR41 Definition<br><br>*See*, e.g., Tables 150-151 of Section 6.3.1 of **JESD209-5C** (page 173). |

**Table 150 — MR41 Register Information (MA[6:0] = 29$_H$)**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| NT DQ ODT | | | PPRE | E-DVFSC ODT Option Support | DVFSC/E-DVFSC Support | | PDFEC |

**Table 151 — MR41 Definition**

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| Per-pin DFE Control (PDFEC) | Write-Only | OP[0] | 0$_B$: Per-pin DFE disable (default)<br>1$_B$: Per-pin DFE enable | 2,3,4 |
| DVFSC/E-DVFSC Support (DVFSC/Enhanced-DVFSC Support) | Read-Only | OP[2:1] | 00$_B$: Only DVFSC Mode supported<br>01$_B$: Only Enhanced DVFSC Mode supported<br>10$_B$: Both DVFSC and Enhanced DVFSC Mode supported<br>11$_B$: RFU | 5,6 |
| E-DVFSC ODT Option Support (Enhanced DVFSCODT Option Support) | Read-Only | OP[3] | 0$_B$: Enhanced DVFSC ODT option not supported<br>1$_B$: Enhanced DVFSC ODT option supported | 7 |
| PPRE | | OP[4] | 0$_B$: PPR Disable (default)<br>1$_B$: PPR Enable | |
| NT DQ ODT (Non-Target DQ Bus Receiver On-Die-Termination) | Write-Only | OP[7:5] | 000$_B$: Disable<br>001$_B$: RZQ/1<br>010$_B$: RZQ/2<br>011$_B$: RZQ/3 (default)<br>100$_B$: RZQ/4<br>101$_B$: RZQ/5<br>110$_B$: RZQ/6<br>111$_B$: RFU | 1,2,3 |

**Ex. 1 – U.S. 10,944,400 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | The NT DQ ODT termination is applied to a data interface after write data is received by the DRAM:<br><br><br><br>*See*, e.g., Figure 217 of **JESD209-5C** (page 382).<br><br>Thus, the control circuitry of each of the **LPDDR5/5X Accused Products** instructs the DRAM to store the second control value within the second register of the DRAM, the second control value specifying a second termination that is to be applied to the data interface after the write-data reception interval transpires.<br><br>Thus, the control circuitry of each of the **'400 Accused Products** instructs the DRAM to store the second control value within the second register of the DRAM, the second control value specifying a second termination that is to be applied to the data interface after the write-data reception interval transpires. |