# EXHIBIT 2

**Ex. 2 – U.S. 8,947,962 B2**

## Exhibit 2 – U.S. Patent No. 8,947,962 (“'962 Patent”)

The **'962 Accused Products** include but are not limited to the following NXP product families, including their respective variants.

The analyses provided herein are exemplary and non-exhaustive. Plaintiff's infringement theories are not limited to the particular standards, figures, or examples identified, and Plaintiff reserves the right to rely on additional specifications, product documentation, testing, reverse engineering, and discovery to further demonstrate infringement of the above-listed products or additional NXP products.

| '962 Accused Products | | | | | |
|---|---|---|---|---|---|
| **LPDDR4 Accused Products** | | | | | |
| ARA-1 | i.MX 8M Mini | i.MX 8Quad | i.MX 91 | S32G2 | S32Z |
| ARA-2 | i.MX 8M MiniLite | i.MX 8QuadMax | i.MX 93 | S32G3 | |
| ARA240 | i.MX 8M Nano | i.MX 8QuadPlus | i.MX 94/943 | S32N55 | |
| i.MX 8 | i.MX 8M Plus | i.MX 8ULP | i.MX 95 | S32R43 | |
| i.MX 8M | i.MX 8M Quad | i.MX 8X | i.MX 952 | S32R45 | |
| i.MX 8M Dual | i.MX 8M QuadLite | i.MX 8XLite | S32E | S32R47 | |
| **LPDDR4X Accused Products** | | | | | |
| ARA-2 | i.MX 8ULP | i.MX 93 | i.MX 95 | i.MX 952 | S32N55 |
| S32R47 | | | | | |
| **LPDDR5/5X Accused Products** | | | | | |
| i.MX 94/943 | i.MX 95 | i.MX 952 | S32N55 | S32N7 | S32R47 |

2

**Ex. 2 – U.S. 8,947,962 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| 1[pre] A memory controller configured to be connected to one or more memory devices via an address and control (RQ) bus, wherein: | To the extent the preamble is limiting, the **'962 Accused Products** each comprise a memory controller configured to be connected to one or more memory devices via an address and control (RQ) bus.<br><br>*See, e.g.,* evidence and analysis for claim limitations 1a-1b below; https://www.nxp.com/products/processors-and-microcontrollers.<br><br>For example, the NXP **i.MX Applications Processors** families of products include an external memory interface to communicate with Double Data Rate (DDR) memory. *See, e.g.,* https://www.nxp.com/products/processors-and-microcontrollers/arm-processors/i-mx-applications-processors.<br><br>*See, e.g.,* https://www.nxp.com/docs/en/fact-sheet/IMXMEMORYFS.pdf: |

**Ex. 2 – U.S. 8,947,962 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | When evaluating DDR options, whether prioritizing system performance and power efficiency or focusing on reliability criteria such as long lifecycle support, stability and cost-effectiveness, or finding a balanced combination of both these factors, the i.MX Applications processors offer the DRAM interface flexibility required to meet these needs.<br><br>With scalable architectures and support for DRAM interfaces ranging from LPDDR2/3, DDR3L, DDR4,LPDDR4/4x to LPDDR5, each new generation the i.MX Series has evolved the memory subsystem to balance performance and power efficiency for their targeted end applications, while remaining scalable to support both legacy and latest generation DRAM technologies. This adaptability for stable legacy memory options while evolving to support the new latest DRAM standards enables customers to design systems that leverage the most appropriate memory solutions.<br><br>**DRAM interface support across i.MX series**<br><br>The following table details the DRAM interfaces supported across the i.MX 6, 7, 8, and 9 series of application processors. |

| i.MX Series/Family | LPDDR2 | LPDDR3 | DDR3L | DDR4 | LPDDR4 | LPDDR4x | LPDDR5 |
|---|---|---|---|---|---|---|---|
| i.MX 6 | ✓ | ✓ * | ✓ | | | | |
| i.MX 7Solo/Dual/ULP | ✓ | ✓ * | ✓ * | | | | |
| i.MX 8M Quad/Mini/Nano | | | ✓ | ✓ | ✓ | | |
| i.MX 8M Plus | | | | ✓ | ✓ | | |
| i.MX 8 | | | | | ✓ | | |
| i.MX 8X/8XLite | | | ✓ | | ✓ | | |
| i.MX 8ULP | | ✓ | | | ✓ | ✓ | |
| i.MX 91 | | | | | ✓ | | |
| i.MX 93 | | | | | ✓ | ✓ | |
| i.MX 943 | | | | | ✓ | | ✓ |
| i.MX 95 | | | | | | ✓ | ✓ |
| i.MX 952 | | | | | | ✓ | ✓ |

*Interface supported on only select devices within the i.MX Series/Family

Table 1: i.MX applications processor DRAM interface support

4

**Ex. 2 – U.S. 8,947,962 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | For example, the NXP **i.MX 94** family of products include a memory controller supporting **LPDDR4** and **LPDDR5** memory interfaces:<br><br>**Memory**<br>• On-chip Memory:<br>  ○ Total 3.5 MB OCRAM with 1.5 MB colocated with 1x M33 and Ethernet Switch<br>• External Memory:<br>  ○ Up to 4.2GT/s x32 LPDDR4/LPDDR5 (with Inline ECC)<br>  ○ 3x SD 3.0/ SDIO3.0/ eMMC5.1<br>  ○ 2x Octal SPI, including support for SPI NOR and SPI NAND memories<br><br>*See,* https://www.nxp.com/products/i.MX94.<br><br>By further example, the NXP **i.MX 95** family of products include a memory controller supporting **LPDDR4X** and **LPDDR5** memory interfaces:<br><br>**Memory**<br>• On-Chip Memory<br>  ○ 1376kB SRAM (ECC)<br>• External Memory<br>  ○ Up to 6.4GT/s x32 LPDDR5/LPDDR4X (with Inline ECC & Inline Encryption)<br>  ○ 3x SD/ SDIO3.0/ eMMC5.1<br>  ○ 1x Octal SPI, including support for SPI NOR and SPI NAND memories<br><br>*See,* https://www.nxp.com/products/i.MX95.<br><br>The **'962 Accused Products** are configured to be connected to DDR DRAM memory devices of the type supported by each **'962 Accused Product** via an address and control bus. |

**Ex. 2 – U.S. 8,947,962 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | For example, the NXP **i.MX 94** family of products includes an external memory interface to communicate with **LPDDR4/LPDDR5** memory:<br><br><br><br>*See,* https://www.nxp.com/products/i.MX94.<br><br>For example, the NXP **i.MX 95** family of products includes an external memory interface to communicate with **LPDDR4X/LPDDR5** DDR memory: |

**Ex. 2 – U.S. 8,947,962 B2**

| Claim 1 | NXP's Infringement |
|---------|--------------------|
| | <br><br>*See,* https://www.nxp.com/products/i.MX95.<br><br>Each Double Data Rate type (e.g., LPDDR4) is defined by standard specifications developed and governed by the **Joint Electron Device Engineering Council ("JEDEC") Solid State Technology Association**. *See, e.g.,* https://www.jedec.org/about-jedec.<br><br>The **'962 Accused Products** are designed to be compatible with a JEDEC-compliant SDRAM memory of the DDR type(s) supported by each Accused Product.<br><br>For example, the datasheet for the **i.MX 91** family of products states that they "have been designed and tested to work with JEDEC **JESD209-4B**—compliant **LPDDR4** memory." |

**Ex. 2 – U.S. 8,947,962 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | **4.8.5  DDR SDRAM–specific parameters (LPDDR4)** <br><br> The i.MX 91 Family of processors have been designed and tested to work with JEDEC JESD209-4B—compliant LPDDR4 memory. Timing diagrams and tolerances required to work with these memories are specified in the respective documents and are not reprinted here. <br><br> IMX91IEC     All information provided in this document is subject to legal disclaimers.     © 2025 NXP B.V. All rights reserved. <br> Product Data Sheet     Rev. 4 — 3 June 2025     Document feedback     29 / 107 <br><br> *See,* https://www.nxp.com/docs/en/data-sheet/IMX91IEC.pdf (Page 29). <br><br> JEDEC **JESD209-4B** is the February 2017 version of the JEDEC Low Power Double Data Rate 4 (**LPDDR4**) standard, which has since been updated, most recently by the "4E" version in June 2024. *See, e.g.,* https://store.accuristech.com/standards/jedec-jesd209-4e?product_id=2906163; <br><br> **JEDEC** <br> *Global Standards for the Microelectronics Industry* <br><br> STANDARDS & DOCUMENTS    COMMITTEES    NEWS    EVENTS & MEETINGS <br><br> **Low Power Double Data Rate 4 (LPDDR4)** <br><br> **JESD209-4E** <br><br> Published: Jun 2024 <br><br> This document defines the LPDDR4 standard, including features, functionalities, AC and DC characteristics, packages, and ball/signal assignments. The purpose of this specification is to define the minimum set of requirements for a JEDEC compliant 16 bit per channel SDRAM device with either one or two channels. LPDDR4 dual channel device density ranges from 2 Gb through 32 Gb and single channel density ranges from 1 Gb through 16 Gb. <br><br> *See,* https://www.jedec.org/standards-documents/docs/jesd209-4b. |

**Ex. 2 – U.S. 8,947,962 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | By further example, the datasheet for the **i.MX 93** family of products states that the "Double Data Rate Controller (DDRC) is compliant with JEDEC-compliant SDRAMs" and that they "have been designed and tested to work with JEDEC **JESD209**—compliant **LPDDR4/LPDDR4X** memory":<br><br>4.5.2 DDR I/O DC electrical characteristics<br><br>The DDR I/O pads support LPDDR4/LPDDR4X operational modes. The Double Data Rate Controller (DDRC) is compliant with JEDEC-compliant SDRAMs.<br><br>4.8.5 DDR SDRAM–specific parameters (LPDDR4/LPDDR4X)<br><br>The i.MX 93 Family of processors have been designed and tested to work with JEDEC JESD209—compliant LPDDR4/ LPDDR4X memory.<br><br>*See,* https://www.nxp.com/docs/en/data-sheet/IMX93CEC.pdf (Pages 28, 37).<br><br>Thus, the **'962 Accused Products** each comprise a memory controller configured to be connected to one or more memory devices via an address and control (RQ) bus. |
| [1a] each of the memory devices have on-die termination (ODT) circuitry connected to a subset of signal lines of the address and control (RQ) bus; and | The one or more memory devices connected to each of the **'962 Accused Products** have on-die termination (ODT) circuitry connected to a subset of signal lines of the address and control (RQ) bus.<br><br>**LPDDR4 ACCUSED PRODUCTS**<br>The one or more **LPDDR4** memory devices connected to each of the **LPDDR4 Accused Products** have on-die termination (ODT) circuitry connected to a subset of signal lines of the address and control (RQ) bus.<br><br>The **LPDDR4 Accused Products** are designed to be compatible with JEDEC-compliant **LPDDR4** SDRAM memory devices. *Supra.* |

**Ex. 2 – U.S. 8,947,962 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | The **LPDDR4** standard is defined by JEDEC **JESD209-4E.** *See, e.g.* https://www.jedec.org/standards-documents/docs/jesd209-4b.<br><br>**JEDEC STANDARD**<br><br>**Low Power Double Data Rate 4 (LPDDR4)**<br><br>**JESD209-4E**<br>(Revision of JESD209-4D, June 2021)<br><br>**June 2024**<br><br>**JEDEC SOLID STATE TECHNOLOGY ASSOCIATION**<br><br>**JEDEC**®<br><br>JEDEC **JESD209-4E** Section 4.40 describes the On-Die Termination (ODT) for the Command/Address Bus: |

**Ex. 2 – U.S. 8,947,962 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | JEDEC Standard No. 209-4E<br>Page 247<br><br>**4.40 On Die Termination for Command/Address Bus**<br><br>ODT (On-Die Termination) is a feature of the LPDDR4 SDRAM that allows the SDRAM to turn on/off termination resistance for CK_t, CK_c, CS and CA[5:0] signals without the ODT control pin.<br><br>The ODT feature is designed to improve signal integrity of the memory channel by allowing the DRAM controller to turn on and off termination resistance for any target DRAM devices via Mode Register setting. A simple functional representation of the DRAM ODT feature is shown in Figure 143.<br><br><br><br>**Figure 143 — Functional Representation of CA ODT**<br><br>**4.40.1 ODT Mode Register and ODT State Table**<br><br>ODT termination values are set and enabled via MR11. The CA bus (CK_t, CK_C, CS, CA[5:0]) ODT resistance values are set by MR11 OP[6:4]. The default state for the CA is ODT disabled.<br><br>See, https://www.jedec.org/standards-documents/docs/jesd209-4b (Page 247).<br><br>Thus, the one or more memory devices connected to each of the **LPDDR4 Accused Products** have on-die termination (ODT) circuitry connected to a subset of signal lines of the address and control (RQ) bus. |

**Ex. 2 – U.S. 8,947,962 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | **LPDDR4X ACCUSED PRODUCTS**<br><br>The one or more **LPDDR4X** memory devices connected to each of the **LPDDR4X Accused Products** have on-die termination (ODT) circuitry connected to a subset of signal lines of the address and control (RQ) bus.<br><br>The **LPDDR4X Accused Products** are designed to be compatible with JEDEC-compliant **LPDDR4X** SDRAM memory devices. *Supra.*<br><br>The **LPDDR4X** standard is defined by JEDEC **JESD209-4E (LPDDR4)** and addendum **JESD209-4-1B (LPDDR4X)**. *See, e.g.* https://www.jedec.org/standards-documents/docs/jesd209-4-1.<br><br>**JEDEC STANDARD**<br><br>Low Power Double Data Rate 4 (LPDDR4)<br><br>JESD209-4E<br>(Revision of JESD209-4D, June 2021)<br><br>June 2024<br><br>JEDEC SOLID STATE TECHNOLOGY ASSOCIATION<br><br>**JEDEC STANDARD**<br><br>Addendum No. 1 to JESD209-4<br>Low Power Double Data Rate 4X (LPDDR4X)<br><br>JESD209-4-1B<br>(Revision of JESD209-4-1A, February 2021)<br><br>May 2025<br><br>JEDEC SOLID STATE TECHNOLOGY ASSOCIATION |

**Ex. 2 – U.S. 8,947,962 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | JEDEC **JESD209-4-1B** Section 3.2 describes the On-Die Termination (ODT) for Command/Address Bus:<br><br>JEDEC Standard No. 209-4-1B<br>Page 26<br><br>**3.2    ODT Mode Register and ODT Characteristics**<br><br><br><br>**Figure 1 — On Die Termination for CA**<br><br>*See,* https://www.jedec.org/standards-documents/docs/jesd209-4-1 (Page 26).<br><br>Thus, the one or more memory devices connected to each of the **LPDDR4X Accused Products** have on-die termination (ODT) circuitry connected to a subset of signal lines of the address and control (RQ) bus. |

13

**Ex. 2 – U.S. 8,947,962 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | **LPDDR5/5X ACCUSED PRODUCTS**<br><br>The one or more **LPDDR5/5X** memory devices connected to each of the **LPDDR5/5X Accused Products** have on-die termination (ODT) circuitry connected to a subset of signal lines of the address and control (RQ) bus.<br><br>The **LPDDR5/5X Accused Products** are designed to be compatible with JEDEC-compliant **LPDDR5/5X** SDRAM memory devices. *Supra.*<br><br>The **LPDDR5/5X** standard is defined by JEDEC **JESD209-5C**. *See, e.g.* https://www.jedec.org/standards-documents/docs/jesd209-5c.<br><br>**JEDEC STANDARD**<br><br>**Low Power Double Data Rate (LPDDR) 5/5X**<br><br>**JESD209-5C**<br>(Revision of JESD209-5B, June 2021)<br><br>June 2023<br><br>JEDEC SOLID STATE TECHNOLOGY ASSOCIATION<br><br>JEDEC.<br><br>JEDEC **JESD209-5C** Section 7.6.4 describes the On-Die Termination (ODT) for Command/Address Bus: |

14

**Ex. 2 – U.S. 8,947,962 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 209-5C<br>Page 352<br><br>**7.6.4   On-Die Termination (ODT)**<br><br>**7.6.4.1   On-Die Termination for Command/Address Bus**<br><br>Command/Address ODT (On-Die Termination) is a feature of the LPDDR5 SDRAM that allows the SDRAM to turn on/off termination resistance for CK_t, CK_c, and CA[6:0] signals. The ODT feature is designed to improve signal integrity of the memory channel by allowing the DRAM controller to turn on and off termination resistance for any target DRAM devices via Mode Register setting. A simple functional representation of the Command/Address ODT feature is shown in Figure 206.<br><br><br><br>**Figure 206 — Functional Representation of Command/Address Bus ODT**<br><br>*See,* https://www.jedec.org/standards-documents/docs/jesd209-5c (page 352).<br><br>Thus, the one or more memory devices connected to each of the **LPDDR5/5X Accused Products** have on-die termination (ODT) circuitry connected to a subset of signal lines of the address and control (RQ) bus. |

**Ex. 2 – U.S. 8,947,962 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | Thus, the memory devices connected to each of the **'962 Accused Products** have on-die termination (ODT) circuitry connected to a subset of signal lines of the address and control (RQ) bus. |
| [1b] the memory controller is operable to selectively disable the ODT circuitry in at least one memory device of the one or more memory devices by driving control signals on a plurality of ODT control lines. | The memory controller of each of the **'962 Accused Products** is operable to selectively disable the ODT circuitry in at least one memory device of the one or more memory devices by driving control signals on a plurality of ODT control lines.<br><br>**LPDDR4 ACCUSED PRODUCTS**<br><br>The memory controller of each of the **LPDDR4 Accused Products** is operable to selectively disable the ODT circuitry in at least one memory device of the one or more memory devices by driving control signals on a plurality of ODT control lines.<br><br>The **LPDDR4 Accused Products** are designed to be compatible with JEDEC-compliant **LPDDR4** SDRAM memory devices. *Supra.*<br><br>For example, Table 38 of **JESD209-4E** shows that CA ODT may be disabled by setting the register value of Mode Register 11 (MR11) to a certain value. |

**Ex. 2 – U.S. 8,947,962 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 209-4E<br>Page 54<br><br>**3.4.1 Mode Register Assignment and Definition in LPDDR4 SDRAM (cont'd)**<br><br>**Table 37 — MR11 Register Information (MA[5:0] = 0B$_H$)**<br><br><table><tr><th>OP[7]</th><th>OP[6]</th><th>OP[5]</th><th>OP[4]</th><th>OP[3]</th><th>OP[2]</th><th>OP[1]</th><th>OP[0]</th></tr><tr><td>Reserved</td><td colspan="3">CA ODT</td><td>Reserved</td><td colspan="3">DQ ODT</td></tr></table><br><br>**Table 38 — MR11 Register Functions**<br><br><table><tr><th>Function</th><th>Register Type</th><th>Operand</th><th>Data</th><th>Notes</th></tr><tr><td>DQ ODT<br>(DQ Bus Receiver On-Die-Termination)</td><td rowspan="2">Write-only</td><td>OP[2:0]</td><td>000B: Disable (Default)<br>001B: RZQ/1<br>010B: RZQ/2<br>011B: RZQ/3<br>100B: RZQ/4<br>101B: RZQ/5<br>110B: RZQ/6<br>111B: RFU</td><td>1,2,3</td></tr><tr><td>CA ODT<br>(CA Bus Receiver On-Die-Termination)</td><td>OP[6:4]</td><td>000B: Disable (Default)<br>001B: RZQ/1<br>010B: RZQ/2<br>011B: RZQ/3<br>100B: RZQ/4<br>101B: RZQ/5<br>110B: RZQ/6<br>111B: RFU</td><td>1,2,3</td></tr></table><br><br>*See,* https://www.jedec.org/standards-documents/docs/jesd209-4b (Page 26, Table 1). |

17

**Ex. 2 – U.S. 8,947,962 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | Thus, the memory controller of each of the **LPDDR4 Accused Products** is operable to selectively disable the ODT circuitry in at least one memory device of the one or more memory devices by driving control signals on a plurality of ODT control lines.<br><br>**LPDDR4X ACCUSED PRODUCTS**<br>The memory controller of each of the **LPDDR4X Accused Products** is operable to selectively disable the ODT circuitry in at least one memory device of the one or more memory devices by driving control signals on a plurality of ODT control lines.<br><br>The **LPDDR4X Accused Products** are designed to be compatible with JEDEC-compliant **LPDDR4X** SDRAM memory devices. *Supra*.<br><br>For example, Table 38 of **JESD209-4E** shows that CA ODT may be disabled by setting the register value of Mode Register 11 (MR11) to a certain value. |

**Ex. 2 – U.S. 8,947,962 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 209-4E<br>Page 54<br><br>**3.4.1 Mode Register Assignment and Definition in LPDDR4 SDRAM (cont'd)**<br><br>**Table 37 — MR11 Register Information (MA[5:0] = 0B$_H$)**<br><br>_(table below)_<br><br>**Table 38 — MR11 Register Functions**<br><br>_(table below)_<br><br>_See,_ https://www.jedec.org/standards-documents/docs/jesd209-4b (Page 26, Table 1). |

**Table 37 — MR11 Register Information (MA[5:0] = 0B$_H$)**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| Reserved | CA ODT | | | Reserved | DQ ODT | | |

**Table 38 — MR11 Register Functions**

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQ ODT<br>(DQ Bus Receiver On-Die-Termination) | Write-only | OP[2:0] | 000B: Disable (Default)<br>001B: RZQ/1<br>010B: RZQ/2<br>011B: RZQ/3<br>100B: RZQ/4<br>101B: RZQ/5<br>110B: RZQ/6<br>111B: RFU | 1,2,3 |
| CA ODT<br>(CA Bus Receiver On-Die-Termination) | | OP[6:4] | 000B: Disable (Default)<br>001B: RZQ/1<br>010B: RZQ/2<br>011B: RZQ/3<br>100B: RZQ/4<br>101B: RZQ/5<br>110B: RZQ/6<br>111B: RFU | 1,2,3 |

**Ex. 2 – U.S. 8,947,962 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | By way of additional example, Table 1 of **JESD209-4-1B** describes that the ODT-CS/CA/CK function is "controlled through MR11 and MR22" which utilize a plurality of CA lines:<br><br>JEDEC Standard No. 209-4-1B<br>Page 13<br><br>**2.4    Pad Definition and Description**<br><br>LPDDR4X pad definitions are the same as LPDDR4, except as described in **Table 1.**<br><br>**Table 1 — Pad Definition and Description**<br><br><table><tr><th>Symbol</th><th>Type</th><th>Description</th></tr><tr><td>ODT_CA_A<br>ODT_CA_B</td><td>Input</td><td>**CA ODT Control:** The ODT_CA pin is ignored by LPDDR4X devices. ODT-CS/CA/CK function is fully controlled through MR11 and MR22. The ODT_CA pin shall be connected to either $V_{DD2}$ or $V_{SS}$.</td></tr></table><br>*See,* https://www.jedec.org/standards-documents/docs/jesd209-4-1 (Page 13, Table 1).<br><br>Thus, the memory controller of each of the **LPDDR4X Accused Products** is operable to selectively disable the ODT circuitry in at least one memory device of the one or more memory devices by driving control signals on a plurality of ODT control lines.<br><br>**LPDDR5/5X ACCUSED PRODUCTS**<br><br>The memory controller of each of the **LPDDR5/5X Accused Products** is operable to selectively disable the ODT circuitry in at least one memory device of the one or more memory devices by driving control signals on a plurality of ODT control lines. |

**Ex. 2 – U.S. 8,947,962 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | The **LPDDR5/5X Accused Products** are designed to be compatible with JEDEC-compliant **LPDDR5/5X** SDRAM memory devices. *Supra*.<br><br>For example, Section 7.6.4.1 of **JESD209-5C** describes that the "Command/Address ODT termination values are set and enabled via MR11."<br><br>**7.6.4.1    On-Die Termination for Command/Address Bus**<br><br>Command/Address ODT (On-Die Termination) is a feature of the LPDDR5 SDRAM that allows the SDRAM to turn on/off termination resistance for CK_t, CK_c, and CA[6:0] signals. The ODT feature is designed to improve signal integrity of the memory channel by allowing the DRAM controller to turn on and off termination resistance for any target DRAM devices via Mode Register setting. A simple functional representation of the Command/Address ODT feature is shown in Figure 206.<br><br><br><br>**Figure 206 — Functional Representation of Command/Address Bus ODT**<br><br>**7.6.4.1.1    ODT Mode Register and ODT State Table for Command/Address Bus**<br><br>Command/Address ODT termination values are set and enabled via MR11. The CA bus (CK_t, CK_c, CA[6:0]) ODT resistance values are set by MR11 OP[6:4]. The default state for the CA bus is ODT disabled. |

**Ex. 2 – U.S. 8,947,962 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | Section 6.3.1 Tables 83-84 of **JESD209-5C** show that CA ODT may be disabled by setting the register value of Mode Register 11 (MR11) to a certain value: |

JEDEC Standard No. 209-5C
Page 144

### 6.3.1  Mode Register Definition (cont'd)

Table 83 — MR11 Register Information (MA[7:0] = 0B$_H$)

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| CS ODT OP | | CA ODT | | NT-ODT Enable | | DQ ODT | |

Table 84 — MR11 Definition

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQ ODT (DQ Bus Receiver On-Die-Termination) | Read/ Write | OP[2:0] | 000$_B$: Disable (Default)<br>001$_B$: RZQ/1<br>010$_B$: RZQ/2<br>011$_B$: RZQ/3<br>100$_B$: RZQ/4<br>101$_B$: RZQ/5<br>110$_B$: RZQ/6<br>111$_B$: RFU | 1,2,3 |
| NT-ODT Enable (Non Target ODT Enable) | | OP[3] | 0$_B$: Non-Target ODT is disabled (Default)<br>1$_B$: Non-Target ODT is enabled | 2,3 |
| CA ODT (CA Bus Receiver On-Die-Termination) | | OP[6:4] | 000$_B$: Disable (Default)<br>001$_B$: RZQ/1<br>010$_B$: RZQ/2<br>011$_B$: RZQ/3<br>100$_B$: RZQ/4<br>101$_B$: RZQ/5<br>110$_B$: RZQ/6<br>111$_B$: RFU | 1,2,3 |
| CS ODT OP (CS ODT behavior option) | Write-only | OP[7] | 0$_B$: Basic CS ODT behavior (default)<br>1$_B$: CS ODT behavior option | 2,3,4 |

*See,* https://www.jedec.org/standards-documents/docs/jesd209-5c (page 144).

**Ex. 2 – U.S. 8,947,962 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | Thus, memory controller of the **LPDDR5/5X Accused Products** is operable to selectively disable the ODT circuitry in at least one memory device of the one or more memory devices by driving control signals on a plurality of ODT control lines.<br><br>Thus, the memory controller of each of the **'962 Accused Products** is operable to selectively disable the ODT circuitry in at least one memory device of the one or more memory devices by driving control signals on a plurality of ODT control lines. |