# EXHIBIT 3

**Ex. 3 – U.S. 8,638,637 B2**

## <u>Exhibit 3 – U.S. Patent No. 8,638,637 ("'637 Patent")</u>

The **'637 Accused Products** include but are not limited to the following NXP product families, including their respective variants.

The analyses provided herein are exemplary and non-exhaustive. Plaintiff's infringement theories are not limited to the particular standards, figures, or examples identified, and Plaintiff reserves the right to rely on additional specifications, product documentation, testing, reverse engineering, and discovery to further demonstrate infringement of the above-listed products or additional NXP products.

| '637 Accused Products | | | | | |
|---|---|---|---|---|---|
| DDR4 Accused Products | | | | | |
| i.MX 8 | i.MX 8M Quad | LS1023A | LS2044A | LX2082A | T1020 |
| i.MX 8M | i.MX 8M QuadLite | LS1026A | LS2045A | LX2120A | T1022 |
| i.MX 8M Dual | i.MX 8Quad | LS1028A | LS2048A | LX2122A | T1023 |
| i.MX 8M Mini | LA1575 | LS1043A | LS2084A | LX2160A | T1024 |
| i.MX 8M MiniLite | LS1020A | LS1046A | LS2085A | LX2162A | T1040 |
| i.MX 8M Nano | LS1021A | LS1048A | LS2088A | T1013 | T1042 |
| i.MX 8M Plus | LS1022A | LS1088A | LX2080A | T1014 | |

**Ex. 3 – U.S. 8,638,637 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| 1[pre] A memory controller comprising: | To the extent the preamble is limiting, the **'637 Accused Products** each comprise a memory controller.<br><br>*See, e.g.*, evidence and analysis for claim limitations 1a-1c below; https://www.nxp.com/products/processors-and-microcontrollers.<br><br>For example, the NXP **i.MX Applications Processors** families of products include an external memory interface to communicate with Double Data Rate (DDR) memory. *See, e.g.*, https://www.nxp.com/products/processors-and-microcontrollers/arm-processors/i-mx-applications-processors.<br><br>*See*, *e.g.*, https://www.nxp.com/docs/en/fact-sheet/IMXMEMORYFS.pdf: |

**Ex. 3 – U.S. 8,638,637 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | When evaluating DDR options, whether prioritizing system performance and power efficiency or focusing on reliability criteria such as long lifecycle support, stability and cost-effectiveness, or finding a balanced combination of both these factors, the i.MX Applications processors offer the DRAM interface flexibility required to meet these needs.<br><br>With scalable architectures and support for DRAM interfaces ranging from LPDDR2/3, DDR3L, DDR4,LPDDR4/4x to LPDDR5, each new generation the i.MX Series has evolved the memory subsystem to balance performance and power efficiency for their targeted end applications, while remaining scalable to support both legacy and latest generation DRAM technologies. This adaptability for stable legacy memory options while evolving to support the new latest DRAM standards enables customers to design systems that leverage the most appropriate memory solutions.<br><br>**DRAM interface support across i.MX series**<br><br>The following table details the DRAM interfaces supported across the i.MX 6, 7, 8, and 9 series of application processors. |

| i.MX Series/Family | LPDDR2 | LPDDR3 | DDR3L | DDR4 | LPDDR4 | LPDDR4x | LPDDR5 |
|---|---|---|---|---|---|---|---|
| i.MX 6 | ✓ | ✓ * | ✓ |  |  |  |  |
| i.MX 7Solo/Dual/ULP | ✓ | ✓ * | ✓ * |  |  |  |  |
| i.MX 8M Quad/Mini/Nano |  |  | ✓ | ✓ | ✓ |  |  |
| i.MX 8M Plus |  |  |  | ✓ | ✓ |  |  |
| i.MX 8 |  |  |  |  | ✓ |  |  |
| i.MX 8X/8XLite |  |  | ✓ |  | ✓ |  |  |
| i.MX 8ULP |  | ✓ |  |  | ✓ | ✓ |  |
| i.MX 91 |  |  |  |  | ✓ |  |  |
| i.MX 93 |  |  |  |  | ✓ | ✓ |  |
| i.MX 943 |  |  |  |  | ✓ |  | ✓ |
| i.MX 95 |  |  |  |  |  | ✓ | ✓ |
| i.MX 952 |  |  |  |  |  | ✓ | ✓ |

*Interface supported on only select devices within the i.MX Series/Family

**Table 1:** i.MX applications processor DRAM interface support

4

**Ex. 3 – U.S. 8,638,637 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | For example, the **i.MX 8M** family of products includes a "DRAM controller" (memory controller) which supports **DDR4** memory:<br><br>**1 i.MX 8M Dual / 8M QuadLite / 8M Quad introduction**<br><br>The i.MX 8M Dual / 8M QuadLite / 8M Quad processors represent NXP's latest market of connected streaming audio/video devices, scanning/imaging devices, and various devices requiring high-performance, low-power processors.<br><br>The i.MX 8M Dual / 8M QuadLite / 8M Quad processors feature advanced implementation of a quad Arm® Cortex®-A53 core, which operates at speeds of up to 1.5 GHz. A general purpose Cortex®-M4 core processor is for low-power processing. The DRAM controller supports 32-bit/16-bit LPDDR4, DDR4, and DDR3L memory. There are a number of other interfaces for connecting peripherals, such as WLAN, Bluetooth, GPS, displays, and camera sensors. The i.MX 8M Quad and<br><br>*See,* https://www.nxp.com/docs/en/data-sheet/IMX8MDQLQCEC.pdf (Page 1); |

**Ex. 3 – U.S. 8,638,637 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | <br>*See,* https://www.nxp.com/docs/en/data-sheet/IMX8MDQLQCEC.pdf (Page 5).<br><br>By further example, the NXP **LX2162A, LX2122A,** and **LX2082A** families of products include a DRAM Controller supporting "**DDR4** with ECC": |

**Ex. 3 – U.S. 8,638,637 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| |  |

*See,* https://www.nxp.com/products/LX2162A.

Each Double Data Rate memory type (e.g., DDR4) is defined by standard specifications developed and governed by the **Joint Electron Device Engineering Council ("JEDEC") Solid State Technology Association**. *See, e.g.,* https://www.jedec.org/about-jedec.

The **'637 Accused Products** are designed to be compatible with JEDEC-compliant SDRAM memory devices of the DDR type(s) supported by each Accused Product. For example, the NXP **"i.MX 8M Dual / 8M QuadLite / 8M Quad** Applications Processors Data Sheet" states that the "DDR Memory Controller (DDRMC) is designed to be compatible with JEDEC-compliant SDRAMs":

**Ex. 3 – U.S. 8,638,637 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | **3.5.2    DDR I/O DC electrical characteristics**<br><br>The DDR I/O pads support LPDDR 4, DDR4, and DDR3L operational modes. The DDR Memory Controller (DDRMC) is designed to be compatible with JEDEC-compliant SDRAMs.<br><br>*See,* https://www.nxp.com/docs/en/data-sheet/IMX8MDQLQCEC.pdf (Page 33). |
| [1a] request logic to generate a memory access request, the memory access request including command information and control information, | The memory controller of each of the **'637 Accused Products** comprises request logic to generate a memory access request, the memory access request including command information and control information.<br><br>**DDR4 ACCUSED PRODUCTS**<br><br>The memory controller of each of the **DDR4 Accused Products** comprises request logic to generate a memory access request, the memory access request including command information and control information.<br><br>The **DDR4 Accused Products** are designed to be compatible with a JEDEC-compliant **DDR4** SDRAM memory. *Supra.*<br><br>The **DDR4** standard is defined by JEDEC **JESD79-4D.** *See, e.g.,* https://www.jedec.org/standards-documents/docs/jesd79-4a. |

**Ex. 3 – U.S. 8,638,637 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | **JEDEC STANDARD**<br><br>DDR4 SDRAM<br><br>**JESD79-4D**<br>(Revision of JESD79-4C, JANUARY 2020)<br><br>JULY 2021<br><br>JEDEC SOLID STATE TECHNOLOGY ASSOCIATION<br><br>*JEDEC*®<br><br>JEDEC **JESD79-4D** "Table 3 – Pinout Descriptions" describes the pinout functions for **DDR4** memory module, including input pins which receive command and control information from the memory controller. For example, a **DDR4** memory module receives inputs from the memory controller ACT_n, RAS_n/A16, CAS_n/A15, and WE_n/A14 (*e.g.*, command information), and CS_n, (CS1_n) (*e.g.*, control information): |

**Ex. 3 – U.S. 8,638,637 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 79-4D<br>Page 5<br><br>2.7    Pinout Description<br><br>**Table 3 — Pinout Description**<br><br>*(see table below)*<br><br>*See,* https://www.jedec.org/standards-documents/docs/jesd79-4a (Page 5).<br><br>The memory controller of each of the **DDR4 Accused Products** includes logic to generate and output this command and control information to the **DDR4** memory module. For example, |

**Table 3 — Pinout Description**

| Symbol | Type | Function |
|---|---|---|
| CK_t, CK_c | Input | Clock: CK_t and CK_c are differential clock inputs. All address and control input signals are sampled on the crossing of the positive edge of CK_t and negative edge of CK_c. |
| CKE, (CKE1) | Input | Clock Enable: CKE HIGH activates, and CKE Low deactivates, internal clock signals and device input buffers and output drivers. Taking CKE Low provides Precharge Power-Down and Self-Refresh operation (all banks idle), or Active Power-Down (row Active in any bank). CKE is synchronous for Self-Refresh exit. After VREFCA and Internal DQ Vref have become stable during the power on and initialization sequence, they must be maintained during all operations (including Self-Refresh). CKE must be maintained high throughout read and write accesses. Input buffers, excluding CK_t,CK_c, ODT and CKE are disabled during power-down. Input buffers, excluding CKE, are disabled during Self-Refresh. |
| CS_n, (CS1_n) | Input | Chip Select: All commands are masked when CS_n is registered HIGH. CS_n provides for external Rank selection on systems with multiple Ranks. CS_n is considered part of the command code. |
| C0,C1,C2 | Input | Chip ID : Chip ID is only used for 3DS for 2,4,8high stack via TSV to select each slice of stacked component. Chip ID is considered part of the command code |
| ODT, (ODT1) | Input | On Die Termination:  ODT (registered HIGH) enables RTT_NOM termination resistance internal to the DDR4 SDRAM. When enabled, ODT is only applied to each DQ, DQS_t, DQS_c and DM_n/DBI_n/TDQS_t, NU/TDQS_c (When TDQS is enabled via Mode Register A11=1 in MR1) signal for x8 configurations. For x16 configuration ODT is applied to each DQ, DQSU_t, DQSU_c, DQSL_t, DQSL_c, DMU_n, and DML_n signal. The ODT pin will be ignored if MR1 is programmed to disable RTT_NOM. |
| ACT_n | Input | Activation Command Input : ACT_n defines the Activation command being entered along with CS_n. The input into RAS_n/A16, CAS_n/A15 and WE_n/A14 will be considered as Row Address A16, A15 and A14 |
| RAS_n/A16. CAS_n/A15. WE_n/A14 | Input | Command Inputs: RAS_n/A16, CAS_n/A15 and WE_n/A14 (along with CS_n) define the command being entered. Those pins have multi function. For  example, for activation with ACT_n Low, those are Addressing like A16,A15 and A14 but for non-activation command with ACT_n High, those are Command pins for Read, Write and other command defined in command truth table |

**Ex. 3 – U.S. 8,638,637 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | Table 87 of the NXP "i.MX 8M Dual / 8M QuadLite / 8M Quad Applications Processors Data Sheet" describes the function for each DDR pin of those product families. Pins "DRAM_AC02" AND "DRAM_AC38" transmit control information, and pins "DRAM_AC06", and "DRAM_AC33" through "DRAM_AC35" transmit command information.<br><br>**Package information and contact assignments**<br><br>**5.2   DDR pin function list for 17 x 17 mm package**<br><br>Table 87 shows the DDR pin function list for 17 x 17 mm package.<br><br>**Table 87. DDR pin function list for 17 x 17 mm package**<br><br>See, https://www.nxp.com/docs/en/data-sheet/IMX8MDQLQCEC.pdf (Pages 98-100). |

Table 87. DDR pin function list for 17 x 17 mm package

| Die level pin name | LPDDR4 | DDR4 | DDR3L | BALL |
|---|---|---|---|---|
| … | | | | |
| DRAM_AC02 | CS0_A | CS0_n | CS0# | AE18 |
| DRAM_AC03 | CS1_A | C0 | — | AC18 |
| DRAM_AC04 | CK_t_A | BG0 | BA2 | AD14 |
| DRAM_AC05 | CK_c_A | BG1 | A14 | AE14 |
| DRAM_AC06 | — | ACT_n | A15 | AE13 |
| … | | | | |
| DRAM_AC33 | CA1_B | CAS_n / A15 | CAS# | AE9 |
| DRAM_AC34 | — | WE_n / A14 | WE# | AC10 |
| DRAM_AC35 | — | RAS_n / A16 | RAS# | AB10 |
| DRAM_AC36 | — | ODT0 | ODT0 | AC12 |
| DRAM_AC37 | — | ODT1 | ODT1 | AE11 |
| DRAM_AC38 | — | CS1_n | CS1# | AC11 |

**Ex. 3 – U.S. 8,638,637 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | Thus, the memory controller integrated circuit of each of the **'637 Accused Products** comprises a transmit circuit that transmits a block of write data to a dynamic random access memory (DRAM) device, where the block of data comprises a plurality of sequential data bit sets, sent over each of a plurality of bus lines. |
| [1b] the control information to enable a memory device to receive the command information; and | The control information generated by the request logic of the memory controller of each of the **'637 Accused Products** enables a memory device to receive the command information.<br><br>**DDR4 ACCUSED PRODUCTS**<br><br>The control information generated by the request logic of the memory controller of each of the **DDR4 Accused Products** enables a memory device to receive the command information.<br><br>The **DDR4 Accused Products** are designed to be compatible with a JEDEC-compliant **DDR4** SDRAM memory. *Supra.*<br><br>A memory device uses the control information (CS_n) to determine when to receive the command information and when to ignore it. |

**Ex. 3 – U.S. 8,638,637 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 79-4D<br>Page 5<br><br>2.7    Pinout Description<br><br>**Table 3 — Pinout Description**<br><br>*(table below)*<br><br>*See,* https://www.jedec.org/standards-documents/docs/jesd79-4a (Page 5). |

Within the second cell the following table appears:

| Symbol | Type | Function |
|---|---|---|
| CK_t, CK_c | Input | Clock: CK_t and CK_c are differential clock inputs. All address and control input signals are sampled on the crossing of the positive edge of CK_t and negative edge of CK_c. |
| CKE, (CKE1) | Input | Clock Enable: CKE HIGH activates, and CKE Low deactivates, internal clock signals and device input buffers and output drivers. Taking CKE Low provides Precharge Power-Down and Self-Refresh operation (all banks idle), or Active Power-Down (row Active in any bank). CKE is synchronous for Self-Refresh exit. After VREFCA and Internal DQ Vref have become stable during the power on and initialization sequence, they must be maintained during all operations (including Self-Refresh). CKE must be maintained high throughout read and write accesses. Input buffers, excluding CK_t,CK_c, ODT and CKE are disabled during power-down. Input buffers, excluding CKE, are disabled during Self-Refresh. |
| CS_n, (CS1_n) | Input | Chip Select: All commands are masked when CS_n is registered HIGH. CS_n provides for external Rank selection on systems with multiple Ranks. CS_n is considered part of the command code. |
| C0,C1,C2 | Input | Chip ID : Chip ID is only used for 3DS for 2,4,8high stack via TSV to select each slice of stacked component. Chip ID is considered part of the command code |
| ODT, (ODT1) | Input | On Die Termination:  ODT (registered HIGH) enables RTT_NOM termination resistance internal to the DDR4 SDRAM. When enabled, ODT is only applied to each DQ, DQS_t, DQS_c and DM_n/DBI_n/TDQS_t, NU/TDQS_c (When TDQS is enabled via Mode Register A11=1 in MR1) signal for x8 configurations. For x16 configuration ODT is applied to each DQ, DQSU_t, DQSU_c, DQSL_t, DQSL_c, DMU_n, and DML_n signal. The ODT pin will be ignored if MR1 is programmed to disable RTT_NOM. |
| ACT_n | Input | Activation Command Input : ACT_n defines the Activation command being entered along with CS_n. The input into RAS_n/A16, CAS_n/A15 and WE_n/A14 will be considered as Row Address A16, A15 and A14 |
| RAS_n/A16. CAS_n/A15. WE_n/A14 | Input | Command Inputs: RAS_n/A16, CAS_n/A15 and WE_n/A14 (along with CS_n) define the command being entered. Those pins have multi function. For  example, for activation with ACT_n Low, those are Addressing like A16,A15 and A14 but for non-activation command with ACT_n High, those are Command pins for Read, Write and other command defined in command truth table |

**Ex. 3 – U.S. 8,638,637 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | Thus, the control information generated by the request logic of the memory controller of each of the **'637 Accused Products** enables a memory device to receive the command information. |
| [1c] an output circuit to insert a timing offset between launch of the control information and launch of the command information to the memory device. | The memory controller of each of the **'637 Accused Products** comprises an output circuit to insert a timing offset between launch of the control information and launch of the command information to the memory device.<br><br>**DDR4 ACCUSED PRODUCTS**<br><br>The memory controller of each of the **DDR4 Accused Products** comprises an output circuit to insert a timing offset between launch of the control information and launch of the command information to the memory device.<br><br>The **DDR4 Accused Products** are designed to be compatible with a JEDEC-compliant **DDR4** SDRAM memory. *Supra.*<br><br>To ensure compatibility with the timing requirements of JEDEC-compliant **DDR4** SDRAM memory, the **DDR4 Accused Products** include output circuitry to adjust timing offsets between launch of different signals (*e.g.*, to compensate for signal delays, or as a power saving feature).<br><br>For example, the "i.MX 8M Plus Hardware Developer's Guide" describes configuring delay matching for DDR4 signal routing in which specific signal timing may be adjusted:<br><br>3.4.4  i.MX 8M Plus DDR package delay<br><br>When performing the required delay matching for LPDDR4/DDR4 routing, the substrate routing within the i.MX 8M Plus package need to be accounted for and included in the match calculation. Table 23 lists the propagation/fly time from the die I/O to the package ball.<br><br>*See,* https://community.nxp.com/pwmxy87654/attachments/pwmxy87654/imx-processors/192210/1/IMX8MPHDG%20new.pdf (Page 27). |

**Ex. 3 – U.S. 8,638,637 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | By way of additional example, DDR4 includes Command Address Latency (CAL) Mode in which a programmable delay in clock cycles is defined (via MR4) between the control information (CS_n) and the command information (CMD/ADDR).<br><br>JEDEC Standard No. 79-4D<br>Page 66<br><br>**4.15    CAL Mode (CS_n to Command Address Latency)**<br><br>**4.15.1  CAL Mode Description**<br>DDR4 supports Command Address Latency CAL function as a power savings feature. CAL is the delay in clock cycles between CS_n and CMD/ADDR defined by MR4[A8:A6] (See Figure 39).<br>CAL gives the DRAM time to enable the CMD/ADDR receivers before a command is issued. Once the command and the address are latched, the receivers can be disabled. For consecutive commands, the DRAM will keep the receivers enabled for the duration of the command sequence (See Figure 40)<br><br>**Figure 39 — Definition of CAL**<br><br>*See,* https://www.jedec.org/standards-documents/docs/jesd79-4a (Page 66). |

**Ex. 3 – U.S. 8,638,637 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 79-4D<br>Page 25<br><br>3.5   Mode Register (cont'd)<br><br>**MR4**<br><br>**Table 26 — Mode Register 4**<br><br>See, https://www.jedec.org/standards-documents/docs/jesd79-4a (Page 25).<br><br>Thus, the memory controller of each of the **'637 Accused Products** comprises an output circuit to insert a timing offset between launch of the control information and launch of the command information to the memory device. |

**Table 26 — Mode Register 4**

| Address | Operating Mode | Description | |
|---|---|---|---|
| BG1 | RFU | 0 = must be programmed to 0 during MRS | |
| BG0, BA1:BA0 | MR Select | 000 = MR0 | 100 = MR4 |
| | | 001 = MR1 | 101 = MR5 |
| | | 010 = MR2 | 110 = MR6 |
| | | 011 = MR3 | 111 = RCW[1] |
| A17 | RFU | 0 = must be programmed to 0 during MRS | |
| A13 | hPPR | 0 = Disable | 1 = Enable |
| A12 | Write Preamble | 0 = 1 nCK | 1 = 2 nCK |
| A11 | Read Preamble | 0 = 1 nCK | 1 = 2 nCK |
| A10 | Read Preamble Training Mode | 0 = Disable | 1 = Enable |
| A9 | Self Refresh Abort | 0 = Disable | 1 = Enable |
| A8:A6 | CS to CMD/ADDR Latency Mode (cycles) | 000 = Disable | 100 = 6 |
| | | 001 = 3 | 101 = 8 |
| | | 010 = 4 | 110 = Reserved |
| | | 011 = 5 | 111 = Reserved |
| | | (See Table 27) | |