# EXHIBIT 5

Ex. 5 – U.S. 9,570,129 B2

## Exhibit 5 – U.S. Patent No. 9,570,129 ("'129 Patent")

The **'129 Accused Products** include but are not limited to the following NXP product families, including their respective variants.

The analyses provided herein are exemplary and non-exhaustive. Plaintiff's infringement theories are not limited to the particular standards, figures, or examples identified, and Plaintiff reserves the right to rely on additional specifications, product documentation, testing, reverse engineering, and discovery to further demonstrate infringement of the above-listed products or additional NXP products.

| '129 Accused Products | | | | | |
|---|---|---|---|---|---|
| **LPDDR4 Accused Products** | | | | | |
| ARA-1 | i.MX 8M Mini | i.MX 8Quad | i.MX 91 | S32G2 | S32Z |
| ARA-2 | i.MX 8M MiniLite | i.MX 8QuadMax | i.MX 93 | S32G3 | |
| ARA240 | i.MX 8M Nano | i.MX 8QuadPlus | i.MX 94/943 | S32N55 | |
| i.MX 8 | i.MX 8M Plus | i.MX 8ULP | i.MX 95 | S32R43 | |
| i.MX 8M | i.MX 8M Quad | i.MX 8X | i.MX 952 | S32R45 | |
| i.MX 8M Dual | i.MX 8M QuadLite | i.MX 8XLite | S32E | S32R47 | |
| **LPDDR4X Accused Products** | | | | | |
| ARA-2 | i.MX 8ULP | i.MX 93 | i.MX 95 | i.MX 952 | S32N55 |
| S32R47 | | | | | |
| **LPDDR5/5X Accused Products** | | | | | |
| i.MX 94/943 | i.MX 95 | i.MX 952 | S32N55 | S32N7 | S32R47 |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| 1[pre] A memory controller configured to be connected to a memory device via a command and address bus, | To the extent the preamble is limiting, the **'129 Accused Products** each comprise a memory controller configured to be connected to a memory device via a command and address bus.<br><br>*See, e.g.,* evidence and analysis for claim limitations 1a-1c below; https://www.nxp.com/products/processors-and-microcontrollers.<br><br>For example, the NXP **i.MX Applications Processors** families of products include an external memory interface to communicate with Low Power Double Data Rate (LPDDR) memory. *See, e.g.,* https://www.nxp.com/products/processors-and-microcontrollers/arm-processors/i-mx-applications-processors.<br><br>*See*, *e.g.*, https://www.nxp.com/docs/en/fact-sheet/IMXMEMORYFS.pdf: |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | When evaluating DDR options, whether prioritizing system performance and power efficiency or focusing on reliability criteria such as long lifecycle support, stability and cost-effectiveness, or finding a balanced combination of both these factors, the i.MX Applications processors offer the DRAM interface flexibility required to meet these needs. |

With scalable architectures and support for DRAM interfaces ranging from LPDDR2/3, DDR3L, DDR4,LPDDR4/4x to LPDDR5, each new generation the i.MX Series has evolved the memory subsystem to balance performance and power efficiency for their targeted end applications, while remaining scalable to support both legacy and latest generation DRAM technologies. This adaptability for stable legacy memory options while evolving to support the new latest DRAM standards enables customers to design systems that leverage the most appropriate memory solutions.

**DRAM interface support across i.MX series**

The following table details the DRAM interfaces supported across the i.MX 6, 7, 8, and 9 series of application processors.

| i.MX Series/Family | LPDDR2 | LPDDR3 | DDR3L | DDR4 | LPDDR4 | LPDDR4x | LPDDR5 |
|---|---|---|---|---|---|---|---|
| i.MX 6 | ✓ | ✓ * | ✓ | | | | |
| i.MX 7Solo/Dual/ULP | ✓ | ✓ * | ✓ * | | | | |
| i.MX 8M Quad/Mini/Nano | | | ✓ | ✓ | ✓ | | |
| i.MX 8M Plus | | | | ✓ | ✓ | | |
| i.MX 8 | | | | | ✓ | | |
| i.MX 8X/8XLite | | | ✓ | | ✓ | | |
| i.MX 8ULP | | ✓ | | | ✓ | ✓ | |
| i.MX 91 | | | | | ✓ | | |
| i.MX 93 | | | | | ✓ | ✓ | |
| i.MX 943 | | | | | ✓ | | ✓ |
| i.MX 95 | | | | | | ✓ | ✓ |
| i.MX 952 | | | | | | ✓ | ✓ |

*Interface supported on only select devices within the i.MX Series/Family

**Table 1:** i.MX applications processor DRAM interface support

For example, the NXP **i.MX 94** family of products include a memory controller supporting **LPDDR4** and **LPDDR5** memory interfaces:

4

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | **Memory**<br>• On-chip Memory:<br>  ○ Total 3.5 MB OCRAM with 1.5 MB colocated with 1x M33 and Ethernet Switch<br>• External Memory:<br>  ○ Up to 4.2GT/s x32 LPDDR4/LPDDR5 (with Inline ECC)<br>  ○ 3x SD 3.0/ SDIO3.0/ eMMC5.1<br>  ○ 2x Octal SPI, including support for SPI NOR and SPI NAND memories<br><br>*See,* https://www.nxp.com/products/i.MX94.<br><br>By further example, the NXP **i.MX 95** family of products include a memory controller supporting **LPDDR4X** and **LPDDR5** memory interfaces:<br><br>**Memory**<br>• On-Chip Memory<br>  ○ 1376kB SRAM (ECC)<br>• External Memory<br>  ○ Up to 6.4GT/s x32 LPDDR5/LPDDR4X (with Inline ECC & Inline Encryption)<br>  ○ 3x SD/ SDIO3.0/ eMMC5.1<br>  ○ 1x Octal SPI, including support for SPI NOR and SPI NAND memories<br><br>*See,* https://www.nxp.com/products/i.MX95.<br><br>The **'129 Accused Products** are configured to be connected to LPDDR DRAM memory devices of the type supported by each **'129 Accused Product** via an address and control bus.<br><br>For example, the NXP **i.MX 94** family of products includes an external memory interface to communicate with **LPDDR4/LPDDR5** memory: |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  |  *See,* https://www.nxp.com/products/i.MX94. <br><br> For example, the NXP **i.MX 95** family of products includes an external memory interface to communicate with **LPDDR4X/LPDDR5** DDR memory: |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| |

*See,* https://www.nxp.com/products/i.MX95.

Each Low Power Double Data Rate memory type (e.g. LPDDR4) is defined by standard specifications developed and governed by the **Joint Electron Device Engineering Council ("JEDEC") Solid State Technology Association**. *See, e.g.*, https://www.jedec.org/about-jedec.

The **'129 Accused Products** are designed to be compatible with a JEDEC-compliant SDRAM memory of the LPDDR type(s) supported by each Accused Product.

For example, the datasheet for the **i.MX 91** family of products states that they "have been designed and tested to work with JEDEC **JESD209-4B**—compliant **LPDDR4** memory." |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | **4.8.5 DDR SDRAM–specific parameters (LPDDR4)**<br><br>The i.MX 91 Family of processors have been designed and tested to work with JEDEC JESD209-4B—compliant LPDDR4 memory. Timing diagrams and tolerances required to work with these memories are specified in the respective documents and are not reprinted here.<br><br>IMX91IEC — All information provided in this document is subject to legal disclaimers. — © 2025 NXP B.V. All rights reserved.<br>Product Data Sheet — Rev. 4 — 3 June 2025 — Document feedback — 29 / 107<br><br>*See,* https://www.nxp.com/docs/en/data-sheet/IMX91IEC.pdf (Page 29).<br><br>JEDEC **JESD209-4B** is the February 2017 version of the JEDEC Low Power Double Data Rate 4 (**LPDDR4**) standard, which has since been updated, most recently by the "4E" version in June 2024. *See, e.g.,* https://store.accuristech.com/standards/jedec-jesd209-4e?product_id=2906163;<br><br>**JEDEC**®<br>*Global Standards for the Microelectronics Industry*<br><br>STANDARDS & DOCUMENTS — COMMITTEES — NEWS — EVENTS & MEETINGS<br><br>**Low Power Double Data Rate 4 (LPDDR4)**<br><br>**JESD209-4E**<br><br>Published: Jun 2024<br><br>This document defines the LPDDR4 standard, including features, functionalities, AC and DC characteristics, packages, and ball/signal assignments. The purpose of this specification is to define the minimum set of requirements for a JEDEC compliant 16 bit per channel SDRAM device with either one or two channels. LPDDR4 dual channel device density ranges from 2 Gb through 32 Gb and single channel density ranges from 1 Gb through 16 Gb.<br><br>*See,* https://www.jedec.org/standards-documents/docs/jesd209-4b. |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | By further example, the datasheet for the **i.MX 93** family of products states that the "Double Data Rate Controller (DDRC) is compliant with JEDEC-compliant SDRAMs" and that they "have been designed and tested to work with JEDEC **JESD209**—compliant **LPDDR4/LPDDR4X** memory":<br><br>4.5.2    DDR I/O DC electrical characteristics<br><br>The DDR I/O pads support LPDDR4/LPDDR4X operational modes. The Double Data Rate Controller (DDRC) is compliant with JEDEC-compliant SDRAMs.<br><br>4.8.5    DDR SDRAM–specific parameters (LPDDR4/LPDDR4X)<br><br>The i.MX 93 Family of processors have been designed and tested to work with JEDEC JESD209—compliant LPDDR4/ LPDDR4X memory.<br><br>*See,* https://www.nxp.com/docs/en/data-sheet/IMX93CEC.pdf (Pages 28, 37). |
| [1a] wherein the memory device includes on-die termination (ODT) circuitry connected to at least a subset of signal lines of the command and address bus, | The memory device connected to each of the **'129 Accused Products** includes on-die termination (ODT) circuitry connected to at least a subset of signal lines of the command and address bus.<br><br>**LPDDR4 ACCUSED PRODUCTS**<br>The **LPDDR4** memory device connected to each of the **LPDDR4 Accused Products** includes on-die termination (ODT) circuitry connected to at least a subset of signal lines of the command and address bus.<br><br>The **LPDDR4 Accused Products** are designed to be compatible with JEDEC-compliant **LPDDR4** SDRAM memory devices. *Supra.*<br><br>The **LPDDR4** standard is defined by JEDEC **JESD209-4E.** *See, e.g.* https://www.jedec.org/standards-documents/docs/jesd209-4b. |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | **JEDEC STANDARD**<br><br>**Low Power Double Data Rate 4 (LPDDR4)**<br><br>**JESD209-4E**<br>(Revision of JESD209-4D, June 2021)<br><br>**June 2024**<br><br>**JEDEC SOLID STATE TECHNOLOGY ASSOCIATION**<br><br>*JEDEC*<br><br>JEDEC **JESD209-4E** Section 4.40 describes the On-Die Termination (ODT) for the Command/Address Bus: |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 209-4E<br>Page 247<br><br>**4.40  On Die Termination for Command/Address Bus**<br><br>ODT (On-Die Termination) is a feature of the LPDDR4 SDRAM that allows the SDRAM to turn on/off termination resistance for CK_t, CK_c, CS and CA[5:0] signals without the ODT control pin.<br><br>The ODT feature is designed to improve signal integrity of the memory channel by allowing the DRAM controller to turn on and off termination resistance for any target DRAM devices via Mode Register setting. A simple functional representation of the DRAM ODT feature is shown in Figure 143.<br><br><br><br>**Figure 143 — Functional Representation of CA ODT**<br><br>**4.40.1  ODT Mode Register and ODT State Table**<br><br>ODT termination values are set and enabled via MR11. The CA bus (CK_t, CK_C, CS, CA[5:0]) ODT resistance values are set by MR11 OP[6:4]. The default state for the CA is ODT disabled.<br><br>*See,* https://www.jedec.org/standards-documents/docs/jesd209-4b (Page 247).<br><br>Thus, the **LPDDR4** memory device connected to each of the **LPDDR4 Accused Products** includes on-die termination (ODT) circuitry connected to at least a subset of signal lines of the command and address bus. |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | **LPDDR4X ACCUSED PRODUCTS**<br><br>The **LPDDR4X** memory device connected to each of the **LPDDR4X Accused Products** includes on-die termination (ODT) circuitry connected to at least a subset of signal lines of the command and address bus.<br><br>The **LPDDR4X Accused Products** are designed to be compatible with JEDEC-compliant **LPDDR4X** SDRAM memory devices. *Supra*.<br><br>The **LPDDR4X** standard is defined by JEDEC **JESD209-4E** (**LPDDR4**) and addendum **JESD209-4-1B (LPDDR4X)**. *See, e.g.* https://www.jedec.org/standards-documents/docs/jesd209-4-1.<br><br>**JEDEC STANDARD**<br><br>Low Power Double Data Rate 4 (LPDDR4)<br><br>JESD209-4E<br>(Revision of JESD209-4D, June 2021)<br><br>June 2024<br><br>JEDEC SOLID STATE TECHNOLOGY ASSOCIATION<br><br>**JEDEC STANDARD**<br><br>Addendum No. 1 to JESD209-4 Low Power Double Data Rate 4X (LPDDR4X)<br><br>JESD209-4-1B<br>(Revision of JESD209-4-1A, February 2021)<br><br>May 2025<br><br>JEDEC SOLID STATE TECHNOLOGY ASSOCIATION |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC **JESD209-4-1B** Section 3.2 describes the On-Die Termination (ODT) for the Command/Address Bus:<br><br>JEDEC Standard No. 209-4-1B<br>Page 26<br><br>**3.2    ODT Mode Register and ODT Characteristics**<br><br><br><br>$$R_{TT} = \frac{Vout}{|Iout|}$$<br><br>**Figure 1 — On Die Termination for CA**<br><br>*See,* https://www.jedec.org/standards-documents/docs/jesd209-4-1 (Page 26).<br><br>Thus, the **LPDDR4X** memory device connected to each of the **LPDDR4X Accused Products** includes on-die termination (ODT) circuitry connected to at least a subset of signal lines of the command and address bus. |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | **LPDDR5/5X ACCUSED PRODUCTS**<br><br>The **LPDDR5/5X** memory device connected to each of the **LPDDR5/5X Accused Products** includes on-die termination (ODT) circuitry connected to at least a subset of signal lines of the command and address bus.<br><br>The **LPDDR5/5X Accused Products** are designed to be compatible with JEDEC-compliant **LPDDR5/5X** SDRAM memory devices. *Supra.*<br><br>The **LPDDR5/5X** standard is defined by JEDEC **JESD209-5C**. *See, e.g.* https://www.jedec.org/standards-documents/docs/jesd209-5c.<br><br>**JEDEC STANDARD**<br><br>**Low Power Double Data Rate (LPDDR) 5/5X**<br><br>**JESD209-5C**<br>(Revision of JESD209-5B, June 2021)<br><br>June 2023<br><br>JEDEC SOLID STATE TECHNOLOGY ASSOCIATION<br><br>**JEDEC.** |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | JEDEC **JESD209-5C** Section 7.6.4 describes the On-Die Termination (ODT) for the Command/Address Bus:<br><br>JEDEC Standard No. 209-5C<br>Page 352<br><br>**7.6.4   On-Die Termination (ODT)**<br><br>**7.6.4.1    On-Die Termination for Command/Address Bus**<br><br>Command/Address ODT (On-Die Termination) is a feature of the LPDDR5 SDRAM that allows the SDRAM to turn on/off termination resistance for CK_t, CK_c, and CA[6:0] signals. The ODT feature is designed to improve signal integrity of the memory channel by allowing the DRAM controller to turn on and off termination resistance for any target DRAM devices via Mode Register setting. A simple functional representation of the Command/Address ODT feature is shown in Figure 206.<br><br><br><br>**Figure 206 — Functional Representation of Command/Address Bus ODT**<br><br>*See,* https://www.jedec.org/standards-documents/docs/jesd209-5c (page 352). |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | Thus, the **LPDDR5/5X** memory device connected to each of the **LPDDR5/5X Accused Products** includes on-die termination (ODT) circuitry connected to at least a subset of signal lines of the command and address bus.<br><br>Thus, the memory device connected to each of the **'129 Accused Products** includes on-die termination (ODT) circuitry connected to at least a subset of signal lines of the command and address bus. |
| [1b(1)] the memory controller comprising a circuit to transmit command and address signals to the memory device, | The memory controller of each of the **'129 Accused Products** comprises a circuit to transmit command and address signals to the memory device.<br><br>**LPDDR4 ACCUSED PRODUCTS**<br><br>The memory controller of each of the **LPDDR4 Accused Products** comprises a circuit to transmit command and address signals to the memory device.<br><br>The **LPDDR4 Accused Products** are designed to be compatible with JEDEC-compliant **LPDDR4** SDRAM memory devices. *Supra.*<br><br>JEDEC **JESD209-4E** Section 2.6.1 Table 1 describes the six Command/Address Inputs [5:0] which receive command and address signals from the memory controller for a dual channel memory configuration: |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | JEDEC Standard No. 209-4E<br>Page 26<br><br>**2.6  Pad Definition and Description**<br><br>**2.6.1  Dual Channel per Die Device**<br><br>**Table 1 — Pad Definition and Description for Dual channel**<br><br><table><tr><th>Symbol</th><th>Type</th><th>Description</th></tr><tr><td>CK_t_A,<br>CK_c_A,<br>CK_t_B,<br>CK_c_B</td><td>Input</td><td>**Clock:** CK_t and CK_c are differential clock inputs. All address, command, and control input signals are sampled on the crossing of the positive edge of CK_t and the negative edge of CK_c. AC timings for CA parameters are referenced to CK. Each channel (A & B) has its own clock pair.</td></tr><tr><td>CKE_A<br>CKE_B</td><td>Input</td><td>**Clock Enable:** CKE HIGH activates and CKE LOW deactivates the internal clock circuits, input buffers, and output drivers. Power-saving modes are entered and exited via CKE transitions. CKE is part of the command code. Each channel (A & B) has its own CKE signal.</td></tr><tr><td>CS_A<br>CS_B</td><td>Input</td><td>**Chip Select:** CS is part of the command code. Each channel (A & B) has its own CS signal.</td></tr><tr><td>CA[5:0]_A<br>CA[5:0]_B</td><td>Input</td><td>**Command/Address Inputs:** CA signals provide the Command and Address inputs according to the Command Truth Table. Each channel (A&B) has its own CA signals.</td></tr><tr><td>ODT(ca)_A<br>ODT(ca)_B</td><td>Input</td><td>**CA ODT Control:** The ODT_CA pin is used in conjunction with the Mode Register to turn on/off the On-Die-Termination for CA pins.</td></tr></table><br>*See,* https://www.jedec.org/standards-documents/docs/jesd209-4b (page 26).<br><br>By further example, Table 87 of the NXP "**i.MX 8M Dual / 8M QuadLite / 8M Quad Applications Processors Data Sheet"** describes the function for each DDR pin of those product families. Pins "DRAM_AC08" through "DRAM_AC13" and pins "DRAM_AC28" through "DRAM_AC33" are for LPDDR4 Command/Address functions CA0_A to CA5_A and CA0_B to CA5_B, respectively: |

17

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | Package information and contact assignments<br><br>## 5.2    DDR pin function list for 17 x 17 mm package<br><br>Table 87 shows the DDR pin function list for 17 x 17 mm package.<br><br>**Table 87. DDR pin function list for 17 x 17 mm package**<br><br>_(see table below)_<br><br>See, https://www.nxp.com/docs/en/data-sheet/IMX8MDQLQCEC.pdf (Pages 98-100).<br><br>Thus, memory controller of each of the **LPDDR4 Accused Products** comprises a circuit to transmit command and address signals to the memory device. |

Table 87. DDR pin function list for 17 x 17 mm package:

| Die level pin name | LPDDR4 | DDR4 | DDR3L | BALL |
|---|---|---|---|---|
| … | | | | |
| DRAM_AC08 | CA0_A | A12 | A12 / BC# | AD17 |
| DRAM_AC09 | CA1_A | A11 | A11 | AE16 |
| DRAM_AC10 | CA2_A | A7 | A7 | AD20 |
| DRAM_AC11 | CA3_A | A8 | A8 | AE20 |
| DRAM_AC12 | CA4_A | A6 | A6 | AD19 |
| DRAM_AC13 | CA5_A | A5 | A5 | AE19 |
| … | | | | |
| DRAM_AC28 | CA2_B | A13 | A13 | AC7 |
| DRAM_AC29 | CA3_B | BA0 | BA0 | AE7 |
| DRAM_AC30 | CA4_B | A10 / AP | A10 / AP | AE6 |
| DRAM_AC31 | CA5_B | A0 | A0 | AD6 |
| DRAM_AC32 | CA0_B | C2 | — | AE8 |
| DRAM_AC33 | CA1_B | CAS_n / A15 | CAS# | AE9 |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | **LPDDR4X ACCUSED PRODUCTS**<br><br>The memory controller of each of the **LPDDR4X Accused Products** comprises a circuit to transmit command and address signals to the memory device.<br><br>The **LPDDR4X Accused Products** are designed to be compatible with JEDEC-compliant **LPDDR4X** SDRAM memory devices. *Supra.*<br><br>JEDEC **JESD209-4E** Section 2.6.2 Table 1 describes the six Command/Address Inputs [5:0] which receive command and address signals from the memory controller for a single channel memory configuration:<br><br>JEDEC Standard No. 209-4E<br>Page 27<br><br>**2.6.2  Single Channel Per Die Device**<br><br>**Table 2 — Pad Definition and Description for Single channel**<br><br>{table below}<br><br>*See,* https://www.jedec.org/standards-documents/docs/jesd209-4b (page 27). |

| Symbol | Type | Description |
|---|---|---|
| CK_t, CK_c | Input | **Clock:** CK_t and CK_c are differential clock inputs. All address, command, and control input signals are sampled on the crossing of the positive edge of CK_t and the negative edge of CK_c. AC timings for CA parameters are referenced to CK. |
| CKE | Input | **Clock Enable:** CKE HIGH activates and CKE LOW deactivates the internal clock circuits, input buffers, and output drivers. Power-saving modes are entered and exited via CKE transitions. CKE is part of the command code. |
| CS | Input | **Chip Select:** CS is part of the command code. |
| CA[5:0] | Input | **Command/Address Inputs:** CA signals provide the Command and Address inputs according to the Command Truth Table. |
| ODT(ca) | Input | **CA ODT Control:** The ODT_CA pin is used in conjunction with the Mode Register to turn on/off the On-Die-Termination for CA pins. |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | By further example, Table 111 of the NXP "**i.MX 93 Applications Processors Data Sheet**" describes the function for each DDR pin of that product family. Pins "DRAM_CA0_A" through "DRAM_CA5_A" are for LPDDR4/LPDDR4x Command/Address functions CA0_A through CA5_A:<br><br>NXP Semiconductors      IMX93IEC<br>i.MX 93 Applications Processors Data Sheet for Industrial Products<br><br>6.4  DDR pin function list<br>Table 111 shows the DDR pin function list.<br>Table 111.  DDR pin function list<br><br>| Ball name | LPDDR4/LPDDR4x |<br>\|---\|---\|<br>\| .. \| \|<br>\| DRAM_CA0_A \| CAA[0] \|<br>\| DRAM_CA1_A \| CAA[1] \|<br>\| DRAM_CA2_A \| CAA[2] \|<br>\| DRAM_CA3_A \| CAA[3] \|<br>\| DRAM_CA4_A \| CAA[4] \|<br>\| DRAM_CA5_A \| CAA[5] \|<br><br>*See,* https://www.nxp.com/docs/en/data-sheet/IMX93IEC.pdf (Pages 130-131).<br><br><br>Thus, memory controller of each of the **LPDDR4X Accused Products** comprises a circuit to transmit command and address signals to the memory device. |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | **LPDDR5/5X ACCUSED PRODUCTS**<br><br>The memory controller of each of the **LPDDR5/5X Accused Products** comprises a circuit to transmit command and address signals to the memory device.<br><br>The **LPDDR5/5X Accused Products** are designed to be compatible with JEDEC-compliant **LPDDR5/5X** SDRAM memory devices. *Supra.*<br><br>JEDEC **JESD209-5C** Section 2.2.1 Table 1 describes the seven Command/Address Inputs [6:0] which receive command and address signals from the memory controller:<br><br>JEDEC Standard No. 209-5C<br>Page 3<br><br>**2.2.1  Pad Definition and Description**<br><br>**Table 1 — Pad Definition and Description**<br><br><table><tr><th>Symbol</th><th>Type</th><th>Description</th><th>Note</th></tr><tr><td>CK_t, CK_c</td><td>Input</td><td>**Clock:** CK_t and CK_c are differential clock inputs. All Double Data Rate (DDR) Command/Address inputs are sampled on both crossing points of CK_t and CK_c. The first crossing point is the rising(falling) edge of CK_t (CK_c) and second crossing point is falling(rising) edge of CK_t (CK_c). Single Data Rate (SDR) inputs, CS is sampled on the crossing point that is the rising(falling) edge of CK_t (CK_c).</td><td></td></tr><tr><td>CS</td><td>Input</td><td>**Chip Select:** CS is part of the command code and is sampled on the rising(falling) edge of CK_t (CK_c) unless the device is in power-down or Deep Sleep mode where it becomes an asynchronous signal.</td><td></td></tr><tr><td>CA[6:0]</td><td>Input</td><td>**Command/Address Inputs:** CA signals provide the Command and Address input according to the Command Truth Table</td><td></td></tr></table><br>*See,* https://www.jedec.org/standards-documents/docs/jesd209-5c (page 3).<br><br>Thus, memory controller of each of the **LPDDR5/5X Accused Products** comprises a circuit to transmit command and address signals to the memory device. |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | Thus, the memory controller of each of the **'129 Accused Products** comprises a circuit to transmit command and address signals to the memory device. |
| [1b(2)] the memory controller further configured to set register values in the memory device, the register values including a register value to specify an ODT impedance to be applied by the ODT circuitry. | The memory controller of each of the **'129 Accused Products** is configured to set register values in the memory device, the register values including a register value to specify an ODT impedance to be applied by the ODT circuitry. <br><br> **LPDDR4 ACCUSED PRODUCTS** <br><br> The memory controller of each of the **LPDDR4 Accused Products** is configured to set register values in the memory device, the register values including a register value to specify an ODT impedance to be applied by the ODT circuitry. <br><br> The **LPDDR4 Accused Products** are designed to be compatible with JEDEC-compliant **LPDDR4** SDRAM memory devices. *Supra.* <br><br> Table 13 of Section 3.4 of **JESD209-4E** describes programmable Mode Registers to store different register values including register values to specify an ODT impedance to be applied by the ODT circuitry. For example, Mode Register 11 (MR11) is used to specify an impedance to be applied by the ODT circuitry to the Command/Address bus: |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 209-4E<br>Page 43<br><br>**3.4  Mode Register Definition**<br><br>**3.4.1  Mode Register Assignment and Definition in LPDDR4 SDRAM**<br><br>Table 13 shows the mode registers for LPDDR4 SDRAM. Each register is denoted as "R" if it can be read but not written, "W" if it can be written but not read, and "R/W" if it can be read and written. A Mode Register Read command is used to read a mode register. A Mode Register Write command is used to write a mode register.<br><br>**Table 13 — Mode Register Assignment in LPDDR4 SDRAM**<br><br>*See,* https://www.jedec.org/standards-documents/docs/jesd209-4b (page 14); |

Table 13 — Mode Register Assignment in LPDDR4 SDRAM

| MR# | OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|---|
| 0 | CATR | SCLS | SE mode | RZQI | | RFM Support | Latency Mode | Refresh mode |
| 1 | RPST | nWR (for AP) | | | RD-PRE | WR-PRE | BL | |
| 2 | WR Lev | WLS | WL | | | RL | | |
| 3 | DBI-WR | DBI-RD | PDDS | | | PPRP | WR PST | PU-CAL |
| 4 | TUF | Thermal Offset | | PPRE | SR Abort | Refresh Rate | | |
| 5 | LPDDR4 Manufacturer ID | | | | | | | |
| 6 | Revision ID-1 | | | | | | | |
| 7 | Revision ID-2 | | | | | | | |
| 8 | IO Width | | Density | | | | Type | |
| 9 | Vendor Specific Test Register | | | | | | | |
| 10 | RFU | | | | | | | ZQ-Reset |
| 11 | Reserved | CA ODT | | | Reserved | DQ ODT | | |

23

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 209-4E<br>Page 54<br><br>**3.4.1 Mode Register Assignment and Definition in LPDDR4 SDRAM (cont'd)**<br><br>**Table 37 — MR11 Register Information (MA[5:0] = 0B$_H$)**<br><br><table><tr><th>OP[7]</th><th>OP[6]</th><th>OP[5]</th><th>OP[4]</th><th>OP[3]</th><th>OP[2]</th><th>OP[1]</th><th>OP[0]</th></tr><tr><td>Reserved</td><td colspan="3">CA ODT</td><td>Reserved</td><td colspan="3">DQ ODT</td></tr></table><br><br>**Table 38 — MR11 Register Functions**<br><br><table><tr><th>Function</th><th>Register Type</th><th>Operand</th><th>Data</th><th>Notes</th></tr><tr><td>DQ ODT<br>(DQ Bus Receiver On-Die-Termination)</td><td rowspan="2">Write-only</td><td>OP[2:0]</td><td>000B: Disable (Default)<br>001B: RZQ/1<br>010B: RZQ/2<br>011B: RZQ/3<br>100B: RZQ/4<br>101B: RZQ/5<br>110B: RZQ/6<br>111B: RFU</td><td>1,2,3</td></tr><tr><td>CA ODT<br>(CA Bus Receiver On-Die-Termination)</td><td>OP[6:4]</td><td>000B: Disable (Default)<br>001B: RZQ/1<br>010B: RZQ/2<br>011B: RZQ/3<br>100B: RZQ/4<br>101B: RZQ/5<br>110B: RZQ/6<br>111B: RFU</td><td>1,2,3</td></tr></table><br>*See,* https://www.jedec.org/standards-documents/docs/jesd209-4b (page 54). |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | Thus, the memory controller of each of the **LPDDR4 Accused Products** is configured to set register values in the memory device, the register values including a register value to specify an ODT impedance to be applied by the ODT circuitry. <br><br> **LPDDR4X ACCUSED PRODUCTS** <br><br> The memory controller of each of the **LPDDR4X Accused Products** is configured to set register values in the memory device, the register values including a register value to specify an ODT impedance to be applied by the ODT circuitry. <br><br> The **LPDDR4X Accused Products** are designed to be compatible with JEDEC-compliant **LPDDR4X** SDRAM memory devices. *Supra.* <br><br> Table 2 of Section 2.5 of **JESD209-4-1B** describes programmable Mode Registers to store different register values including register values to specify an ODT impedance to be applied by the ODT circuitry. For example, Mode Register 11 (MR11) is used to specify an impedance to be applied by the ODT circuitry to the Command/Address and Data buses: |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 209-4-1B<br>Page 14<br><br>**2.5    Mode Register Definition**<br><br>*(table below)*<br><br>*See,* https://www.jedec.org/standards-documents/docs/jesd209-4-1 (page 14); |

**Table 2 — Mode Register Assignment in LPDDR4 SDRAM**

| MR# | OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|---|
| 0 | CATR | RFU | Single ended mode | RZQI | | RFU | Latency Mode | Refresh mode |
| 1 | RPST | nWR (for AP) | | | RD-PRE | WR-PRE | BL | |
| 2 | WR Lev | WLS | WL | | | RL | | |
| 3 | DBI-WR | DBI-RD | PDDS | | | PPRP | WR PST | PU-CAL |
| 4 | TUF | Thermal Offset | | PPRE | SR Abort | Refresh Rate | | |
| 5 | LPDDR4 Manufacturer ID | | | | | | | |
| 6 | Revision ID-1 | | | | | | | |
| 7 | Revision ID-2 | | | | | | | |
| 8 | IO Width | | Density | | | Type | | |
| 9 | Vendor Specific Test Register | | | | | | | |
| 10 | RFU | | | | | | | ZQ-Reset |
| 11 | RFU | CA ODT | | | RFU | DQ ODT | | |
| 12 | CBT Mode | VR-CA | $V_{REF}(CA)$ | | | | | |
| 13 | FSP-OP | FSP-WR | DMD | RRO | VRCG | VRO | RPT | CBT |
| 14 | RFU | VR(DQ) | $V_{REF}(DQ)$ | | | | | |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 209-4E<br>Page 54<br><br>**3.4.1 Mode Register Assignment and Definition in LPDDR4 SDRAM (cont'd)**<br><br>**Table 37 — MR11 Register Information (MA[5:0] = 0B$_H$)**<br><br>See, https://www.jedec.org/standards-documents/docs/jesd209-4b (page 54). |

**Table 37 — MR11 Register Information (MA[5:0] = 0B$_H$)**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| Reserved | CA ODT | | | Reserved | DQ ODT | | |

**Table 38 — MR11 Register Functions**

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQ ODT<br>(DQ Bus Receiver On-Die-Termination) | Write-only | OP[2:0] | 000B: Disable (Default)<br>001B: RZQ/1<br>010B: RZQ/2<br>011B: RZQ/3<br>100B: RZQ/4<br>101B: RZQ/5<br>110B: RZQ/6<br>111B: RFU | 1,2,3 |
| CA ODT<br>(CA Bus Receiver On-Die-Termination) | | OP[6:4] | 000B: Disable (Default)<br>001B: RZQ/1<br>010B: RZQ/2<br>011B: RZQ/3<br>100B: RZQ/4<br>101B: RZQ/5<br>110B: RZQ/6<br>111B: RFU | 1,2,3 |

See, https://www.jedec.org/standards-documents/docs/jesd209-4b (page 54).

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | Thus, the memory controller of each of the **LPDDR4X Accused Products** is configured to set register values in the memory device, the register values including a register value to specify an ODT impedance to be applied by the ODT circuitry.<br><br><br>**LPDDR5/5X ACCUSED PRODUCTS**<br><br>The memory controller of each of the **LPDDR5/5X Accused Products** is configured to set register values in the memory device, the register values including a register value to specify an ODT impedance to be applied by the ODT circuitry.<br><br>The **LPDDR5/5X Accused Products** are designed to be compatible with JEDEC-compliant **LPDDR5/5X** SDRAM memory devices. *Supra.*<br><br>Table 58 of Section 6.1 of **JESD209-5C** describes programmable Mode Registers to store different register values including register values to specify an ODT impedance to be applied by the ODT circuitry. For example, Mode Register 11 (MR11) is used to specify an impedance to be applied by the ODT circuitry to the Command/Address bus: |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | **6.1   Mode Register Assignment and Definition in LPDDR5 SDRAM**<br><br>Table 58 shows the mode registers for LPDDR5 SDRAM. Each register is denoted as "R" if it can be read but not written, "W" if it can be written but not read, and "R/W" if it can be read and written. A Mode Register Read command is used to read a mode register. A Mode register Write command is used to write a mode register. LPDDR5 device provides additional MRR capability to some write-only Mode Registers containing important memory system configuration and status info. Mode Registers 1, 3, 11, 16, 17, 37, and 40 can be read by issuing a Mode Register Read (MRR) command.<br><br>*See below* |

**Table 58 — Mode Register Assignment in LPDDR5 SDRAM (MR8 OP[1:0]=00$_B$)** [1,2,3,4,5]

| MR# | MA[6:0] | Access | OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 00$_H$ | R | RFU | | Unified NT-ODT Behavior | DMI Output Behavior Mode | Optimized Refresh Mode | Enhanced WCK Always On Mode | Latency Mode | NT-ODT DQ/RDQS Timing Separation |
| 1 | 01$_H$ | R/W | WL | | | | CK Mode | RFU | ARFM Support | RFU |
| | | | WL | | | | CK Mode | | | |
| | | | WL | | | | CK Mode | | | |
| 2 | 02$_H$ | W | nWR | | | | RL and nRBTP | | | |
| | | | nWR | | | | RL and nRBTP | | | |
| | | | nWR | | | | RL and nRBTP | | | |
| 3 | 03$_H$ | R/W | DBI-WR | DBI-RD | WLS | BK/BG ORG | | PDDS | | |
| | | | DBI-WR | DBI-RD | WLS | BK/BG ORG | | PDDS | | |
| | | | DBI-WR | DBI-RD | WLS | BK/BG ORG | | PDDS | | |
| 4 | 04$_H$ | R | TUF | ZQ Initiator | ZQUF | Refresh Multiplier | | | | |
| 5 | 05$_H$ | R | LPDDR5 Manufacturer ID | | | | | | | |
| 6 | 06$_H$ | R | Revision ID-1 | | | | | | | |
| 7 | 07$_H$ | R | Revision ID-2 | | | | | | | |
| 8 | 08$_H$ | R | IO Width | | Density | | | Type | | |
| 9 | 09$_H$ | W | Vendor Specific Test Register | | | | | | | |
| 10 | 0A$_H$ | W | RDQS PST | | RDQS PRE | | WCK PST | | RFU | RPST Mode |
| | | | RDQS PST | | RDQS PRE | | WCK PST | | | RPST Mode |
| | | | RDQS PST | | RDQS PRE | | WCK PST | | | RPST Mode |
| 11 | 0B$_H$ | R/W | RFU | CA ODT | | | NT ODT | DQ ODT | | |
| | | | | CA ODT | | | NT ODT | DQ ODT | | |
| | | | | CA ODT | | | NT ODT | DQ ODT | | |

*See*, https://www.jedec.org/standards-documents/docs/jesd209-5c (Page 125);

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
| | JEDEC Standard No. 209-5C<br>Page 144<br><br>**6.3.1 Mode Register Definition (cont'd)**<br><br>**Table 83 — MR11 Register Information (MA[7:0] = 0B$_H$)**<br><br><table><tr><td>OP[7]</td><td>OP[6]</td><td>OP[5]</td><td>OP[4]</td><td>OP[3]</td><td>OP[2]</td><td>OP[1]</td><td>OP[0]</td></tr><tr><td>CS ODT OP</td><td colspan="3">CA ODT</td><td>NT-ODT Enable</td><td colspan="3">DQ ODT</td></tr></table><br>**Table 84 — MR11 Definition**<br><br><table><tr><td>Function</td><td>Register Type</td><td>Operand</td><td>Data</td><td>Notes</td></tr><tr><td>DQ ODT (DQ Bus Receiver On-Die-Termination)</td><td rowspan="3">Read/Write</td><td>OP[2:0]</td><td>000$_B$: Disable (Default)<br>001$_B$: RZQ/1<br>010$_B$: RZQ/2<br>011$_B$: RZQ/3<br>100$_B$: RZQ/4<br>101$_B$: RZQ/5<br>110$_B$: RZQ/6<br>111$_B$: RFU</td><td>1,2,3</td></tr><tr><td>NT-ODT Enable (Non Target ODT Enable)</td><td>OP[3]</td><td>0$_B$: Non-Target ODT is disabled (Default)<br>1$_B$: Non-Target ODT is enabled</td><td>2,3</td></tr><tr><td>CA ODT (CA Bus Receiver On-Die-Termination)</td><td>OP[6:4]</td><td>000$_B$: Disable (Default)<br>001$_B$: RZQ/1<br>010$_B$: RZQ/2<br>011$_B$: RZQ/3<br>100$_B$: RZQ/4<br>101$_B$: RZQ/5<br>110$_B$: RZQ/6<br>111$_B$: RFU</td><td>1,2,3</td></tr><tr><td>CS ODT OP (CS ODT behavior option)</td><td>Write-only</td><td>OP[7]</td><td>0$_B$: Basic CS ODT behavior (default)<br>1$_B$: CS ODT behavior option</td><td>2,3,4</td></tr></table><br>*See*, https://www.jedec.org/standards-documents/docs/jesd209-5c (Page 144). |

**Ex. 5 – U.S. 9,570,129 B2**

| Claim 1 | NXP's Infringement |
|---|---|
|  | Thus, the memory controller of each of the **LPDDR5/5X Accused Products** is configured to set register values in the memory device, the register values including a register value to specify an ODT impedance to be applied by the ODT circuitry.<br><br>Thus, the memory controller of each of the **'129 Accused Products** is configured to set register values in the memory device, the register values including a register value to specify an ODT impedance to be applied by the ODT circuitry. |